## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Peggy Kuo**　　　　　　　　DATE: **9/3/24**

DOCKET NUMBER: **24CR346(BMC)**　　　　　　　LOG#: **3:14 – 3:36**

DEFENDANT'S NAME: **Linda Sun**
　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

DEFENSE COUNSEL: **Kenneth Abell + Jarrod Schaeffer**
　___ Federal Defender　　___ CJA　　✓ Retained

A.U.S.A: **Alexander Solomon**　　　　　CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.　✓ Defendant's first appearance.

　✓ Bond set at **$1,500,000**. Defendant ✓ released ___ held pending satisfaction of bond conditions.
　✓ Defendant advised of bond conditions set by the Court and signed the bond.
　**2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　**1** (Additional) surety/ies to co-sign bond by **9/4/24**

___ After hearing, Court orders detention in custody.　___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **9/3/24** Stop **9/25/24**

✓ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **9/25/24 @ 3:30** before Judge **Cogan**

Other Rulings: **Dfse counsel + govt agree on a $1,500,000 bond with 3 sureties. Govt requested an order to exclude speedy trial time until 9/25/24; dfse counsel opposed; Court granted the exclusion of time for reasons stated on the record.**