# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Joseph Marutollo | **DATE:** 9/5/2024 |
| **CLERK:** D.Wright | |
| **DOCKET #:** 24 CR 346(BMC) | **LOG TIME:** 11:11am-11:16am |
| **DEFENDANTS NAME:** Linda Sun | |
| ____ Present   **x** Not Present   ____ Custody   **x** Bail | |
| **DEFENSE COUNSEL:** Scott Glickman | |
| ____ Court Appointed   ____ Federal Defender   ____ CJA   **x** Retained | |
| **A.U.S.A:** Not Present | |
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint ___ Indictment ___ Superseding Indictment ___ Probation Violation

____ Defendant pleads NOT GUILTY to ALL counts.

| | |
|---|---|
| ____ Government Agent Sworn | ____ Rule 5f warnings given to the govt. |
| ____ DETENTION HEARING Held. | ____ Defendants first appearance. |
| ____ BAIL HEARING Held. | |

____ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

__1__ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted.

| | |
|---|---|
| ____ Temporary Order of Detention Issued. | ____ Bail Hearing set for |
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | |
|---|---|
| ____ Order of Excludable Delay/Speedy Trial entered. | Start Date:          End Date: |
| **Removal District:** | **Removal District Case Number:** |
| ____ Removal (Rule 5) Proceeding held. | |
| ____ Identity hearing held | **Court:** ____ Orders removal ____ Denies Removal |
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

____ Status conference set for _____ @ _____ before District Judge:

**Other Rulings:**