Exhibit B has been redacted in its entirety.