

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

September 20, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

<u>By Email and ECF</u>

   Re: United States v. Sun, et. al.
     <u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

   Enclosed please find materials produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which are contained on hard drives produced separately to counsel for the respective defendant.

I.  <u>The Government's Discovery</u>

   Please find the following enclosed for counsel for Linda Sun:

| Bates No. | Description of Item |
|---|---|
| SUN_000001 | Hard drive containing an Extraction of Linda Sun's iPhone 14 Pro and its associated Cellebrite Report |

Please find the following enclosed for counsel for Chris Hu:

| Bates No. | Description of Item |
|---|---|
| HU_000001 | Hard drive containing an Extraction of Chris Hu's iPhone 14 Pro Max and its associated Cellebrite Report |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:     /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:     Clerk of the Court (BMC) (by ECF) (without enclosures)