

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

      Re:    United States v. Sun, et. al.
                  Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

      This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

      The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_009092-EDNY_009147 | Affidavit for Search Warrants (22-MC-297) |
| EDNY_SDM_009092-EDNY_SDM_009147 | Sensitive Affidavit for Search Warrants (22-MC-297) |

| Bates No. | Description of Item |
|---|---|
| EDNY_009148-EDNY_009203 | Affidavit for Search Warrants (22-MC-858) |
| EDNY_009204-EDNY_009265 | Affidavit for Search Warrants (24-MC-466) |
| EDNY_SDM_009204-EDNY_SDM_009265 | Sensitive Affidavit for Search Warrants (24-MC-466) |
| EDNY_009266-EDNY_009341 | Affidavit for Search Warrants (24-MC-466) |
| EDNY_SDM_009266-EDNY_SDM_009341 | Sensitive Affidavit for Search Warrants (24-MC-466) |
| EDNY_009342-EDNY_009423 | Affidavit for Search Warrants (24-MC-2168) |
| EDNY_009424-EDNY_009519 | Affidavit for Search Warrants (24-MC-2169) |
| EDNY_SDM_009424-EDNY_SDM_009519 | Sensitive Affidavit for Search Warrants (24-MC-2169) |
| EDNY_009520-EDNY_009764 | Affidavit for Search Warrants (24-MC-2869) |
| EDNY_SDM_009520-EDNY_SDM_009764 | Sensitive Affidavit for Search Warrants (24-MC-2869) |
| EDNY_009765-EDNY_009793 | Affidavit for Search Warrants (24-MJ-2892) |
| EDNY_009794-EDNY_009878 | Affidavit for Search Warrants (24-MC-3388) |

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF) (without download link)

2