

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 15, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

Re:   United States v. Sun, et. al.
      Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_009881-EDNY_011267 | Photographs from Search of the Sun and Hu Residence |

| Bates No. | Description of Item |
|---|---|
| EDNY_011268-EDNY_011294 | Photographs from Search of the TD Bank Safe Deposit Box |
| EDNY_011295-EDNY_011593 | Photographs from the Search of the Entity Identified in the Indictment as the Liquor Store |
| EDNY_011594-EDNY_011598 | Evidence Collected Item Log from the Search of the Sun and Hu Residence |

In addition, please find the following materials produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which are contained on encrypted hard drives produced separately to counsel for the respective defendant. The passwords will be sent by separate cover.

Please find the following enclosed for counsel for Linda Sun:

| Bates No. | Description of Item |
|---|---|
| SUN_000002 | Records Associated with the iCloud Account ▇▇▇▇▇▇▇▇▇▇▇▇ (2022) |
| SUN_000003 | Records Associated with the iCloud Account ▇▇▇▇▇▇▇▇▇▇▇▇ (2024) |

Please find the following enclosed for counsel for Chris Hu:

| Bates No. | Description of Item |
|---|---|
| HU_000002 | Records Associated with the iCloud Account ▇▇▇▇▇▇▇▇▇▇▇▇ (Feb 2024) |
| HU_000003 | Records Associated with the iCloud Account ▇▇▇▇▇▇▇▇▇▇▇▇ (May 2024) |
| HU_000004 | Records Associated with the iCloud Account ▇▇▇▇▇▇▇▇▇▇▇▇ (May 2024) |

      You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

                        Very truly yours,

                        BREON PEACE
                        United States Attorney

By:   /s/ Alexander A. Solomon
       Alexander A. Solomon
       Robert M. Pollack
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF) (without download link)