UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>LINDA SUN,<br>   a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and<br><br>CHRIS HU,<br><br>                    *Defendants*. | 24 Cr. 346 (BMC) (TAM)<br><br>NOTICE OF MOTION<br><br>(*Oral Argument Requested*) |

**PLEASE TAKE NOTICE**, that defendant LINDA SUN, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," by and through the undersigned counsel, and in reliance upon the accompanying memorandum of law, will move before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be fixed by the Court, for an order dismissing Counts 1–7 and 10 of the indictment (Dkt. 4), and for such other and further relief as the Court deems just and proper.

Dated: November 4, 2024
       New York, New York

Respectfully submitted,

/s/ *Jarrod L. Schaeffer*

Kenneth M. Abell
Jarrod L. Schaeffer
Scott Glicksman

ABELL ESKEW LANDAU LLP

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7341 / -7339 / -7338
kabell@aellaw.com
jschaeffer@aellaw.com
sglicksman@aellaw.com

*Counsel for Defendant Linda Sun*