

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

<u>By Email and ECF</u>

Re:   United States v. Sun, et. al.
      <u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_011923- EDNY_011926 | Record Documenting the Search of the Sun and Hu Residence |
| EDNY_011927- EDNY_011928 | Invitation Letter Dated March 26, 2018 |

| Bates No. | Description of Item |
|---|---|
| EDNY-011929- EDNY_011930 | Invitation Letter Dated September 18, 2019 |
| EDNY_011931- EDNY_013481 | Records from Bank of America |
| EDNY_013482- EDNY_016467 | Records from Flagstar Bank, formerly known as Signature Bank |
| EDNY_016468- EDNY_016468 | Records from Shopify Inc. |
| EDNY_016469- EDNY_016478 | Record Documenting an Interview with Linda Sun on July 15, 2020 |
| EDNY_016479- EDNY_016479 | Records of Electronic Communications between the Persons Identified in the Indictment as CC-1 and the Associate, Accompanied by Draft Translations |
| EDNY_016480- EDNY_016480 | Records of Electronic Communications between the Person Identified in the Indictment as CC-1 and Linda Sun, Accompanied by Draft Translations |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of the Court (BMC) (by ECF) (without download link)