

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

December 17, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

       Re:   United States v. Sun, et. al.
                Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

       Pursuant to its obligations under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and out of an abundance of caution, the government discloses the following information. The following individuals may have information that is helpful to the defense: Kelly Brady; Larissa Rakoczy; and Hong Guiying, also known as Sandy Hong.

Copies of reports of their statements, Bates-numbered with the ranges indicated below. This letter will be accompanied by a link, sent by separate e-mail, to the secure download of the reports.

| Name | Bates No. |
| --- | --- |
| Kelly Brady | EDNY_046256-EDNY_046264 |
| Larissa Rakoczy | EDNY_046265-EDNY_046319 |
| Hong Guiying, also known as Sandy Hong | EDNY_046320-EDNY_046321 |

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF)