UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>LINDA SUN,<br>   a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and<br><br>CHRIS HU,<br><br>                    *Defendants*. | 24 Cr. 346 (BMC) (TAM)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that defendant LINDA SUN, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," by and through the undersigned counsel, and in reliance upon the accompanying memorandum of law, declaration, and accompanying exhibits will move before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be fixed by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth Amendment to the United States Constitution or, in the alterative, granting an evidentiary hearing on this motion, and for such other and further relief as the Court deems just and proper.

Dated: March 4, 2025
         New York, New York

                                                            Respectfully submitted,

                                                            /s/ *Jarrod L. Schaeffer*

                                                            Kenneth M. Abell
                                                            Jarrod L. Schaeffer
                                                            Scott Glicksman

                                                            ABELL ESKEW LANDAU LLP

                                                            256 Fifth Avenue, 5th Floor
                                                            New York, NY 10001

(646) 970-7341 / -7339 / -7338
kabell@aellaw.com
jschaeffer@aellaw.com
sglicksman@aellaw.com

*Counsel for Linda Sun*