UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LINDA SUN and CHRIS HU,<br><br>Defendants. | Case No. S1 24-cr-346 (BMC) |

**DECLARATION OF SETH DUCHARME IN SUPPORT OF
DEFENDANT CHRIS HU'S MOTION TO SUPPRESS OR, ALTERNATIVELY,
FOR A *FRANKS* HEARING**

I, Seth DuCharme, declare as follows:

1. I am an attorney licensed to practice law before this Court. I am a Partner in the law firm of Bracewell LLP, counsel for Defendant Chris Hu in the above-captioned action.

2. I make this Declaration in support of Mr. Hu's Motion to Suppress or, Alternatively, for a *Franks* Hearing. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

3. Attached hereto as Exhibit A[1] is a true and correct copy of an excerpt of the July 19, 2024 affidavit in support of FBI Special Agent Devin Perry's application for a warrant to search and seize items from, *inter alia*, Mr. Hu's home. The document comprising Exhibit A was produced by the government in discovery bearing Bates numbers EDNY_008280–EDNY_008362.

---

[1] Limited redactions to this and other exhibits cited herein, denoted in blue, were made solely to remove (1) any referenced home addresses (and photographs thereof) and cell phone numbers, in order to avoid unwanted or harassing communications; and (2) the name of a minor child and certain sensitive identifying financial information, in accordance with Federal Rule of Criminal Procedure 49.1. All other redactions were made by the government prior to production of the documents.

4. Attached hereto as Exhibit B is a true and correct copy of an excerpt of the August 8, 2024 affidavit in support of FBI Special Agent Devin Perry's application for a warrant to search and seize items from Leivine Wine & Spirits. The document comprising Exhibit B was produced by the government in discovery bearing Bates numbers EDNY_008363–EDNY_008395.

5. Attached hereto as Exhibit C is a true and correct copy of the July 19, 2024 warrant to search and seize items from, *inter alia*, Mr. Hu's home. The document comprising Exhibit C was produced by the government in discovery bearing Bates numbers EDNY_052734–EDNY_ 052739.

6. Attached hereto as Exhibit D is a true and correct copy of the August 8, 2024 warrant to search and seize items from Leivine Wine & Spirits. The document comprising Exhibit D was produced by the government in discovery bearing Bates numbers EDNY_052758–EDNY_052761.

7. Attached hereto as Exhibit E is a true and correct copy of the Evidence Collected Item Log in connection with the government's search of, *inter alia*, Mr. Hu's home. The document comprising Exhibit E was produced by the government in discovery bearing Bates numbers EDNY_011594–EDNY_011598.

8. Attached hereto as Exhibit F is a true and correct copy of the Evidence Collected Item Log in connection with the government's search of Leivine Wine & Spirits. The document comprising Exhibit F was produced by the government in discovery bearing Bates number EDNY_011618.

9. Attached hereto as Exhibit G is a true and correct copy of an excerpt of the August 30, 2024 warrant to search and seize information from Mr. Hu's cellphone. The

document comprising Exhibit G was produced by the government in discovery bearing Bates numbers EDNY_052777–EDNY_ 052783.

10. Attached hereto as Exhibit H is a true and correct copy of an excerpt of the February 20, 2025 warrant to search Mr. Hu's laptop, and the appended affidavit in support thereof. The document comprising Exhibit H was produced by the government in discovery bearing Bates numbers EDNY_052784–EDNY_052803.

11. Attached hereto as Exhibit I is a true and correct copy of the August 20, 2024 warrant to search and seize information from Leivine Wine & Spirits' Shopify account. The document comprising Exhibit I was produced by the government in discovery bearing Bates numbers EDNY_052762–EDNY_052769.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on March 4, 2025.

By: *Seth D. DuCharme*
Seth DuCharme