# EXHIBIT C

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br> )<br>THE PREMISES KNOWN AND DESCRIBED AS ▓▓▓ )<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )<br>AND ALL ELECTRONIC DEVICES USED BY LINDA<br>SUN, CHRIS HU, MEIPING SUN, AND GUOXIAN SUN | Case No. 24 MJ 2841 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern District of New York _____
*(identify the person or describe the property to be searched and give its location):*

Please see Attachment A-1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Please see Attachment B-1.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 1, 2024___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a reciept for the property taken to the person from whom, of from whose premises, the property was taken, or leave the copy and reciept at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the Duty Magistrate Judge___.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an averse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   7/19/24 at 1:25 p.m.   *Lois Bloom*
                                                *Judge's signature*

City and state:   Brooklyn, New York   Magistrate Judge Lois Bloom
                                        *Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                                    EDNY_052734

| **Return** |||
|---|---|---|
| Case No.: 24 MJ 2841 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken and name of any person(s) siezed: |||

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br>                                                                                                               *Executing officer's signature*<br><br>                                     _____<br>                                                                                                                 *Printed name and title* |

SUBJECT TO PROTECTIVE ORDER                      EDNY_052735

## ATTACHMENT A1

**Property to Be Searched**

The property to be searched is a single-family residence and grounds located at █████████████████████████████████████████████████████████████, depicted below.

███████████████████████████████████████████████████████████████████████

The property to be searched includes (a) all closed and locked containers found therein and (b) all electronic devices and digital media present at ████████████████████ ████████████, whether in the house or on the surrounding grounds, whether or not they are on someone's physical person, with the exception of those that can be readily identified as belonging exclusively to occupants of ████████████████████████████████ other than CHRIS HU and LINDA SUN.

Law enforcement personnel are authorized to use reasonable force to (1) press or swipe the fingers (including thumbs) of CHRIS HU and LINDA SUN to the fingerprint scanner of each device; (2) hold each device in front of the face of CHRIS HU and LINDA SUN to activate the facial recognition feature; and/or (3) hold each device in front of the face of CHRIS HU and LINDA SUN and activate the iris scanning recognition feature, for the purpose of attempting to unlock the device in order to search the contents as authorized by this search warrant.

SUBJECT TO PROTECTIVE ORDER                                              EDNY_052737

## ATTACHMENT B1

### Particular Things to be Seized

1. All records, including all records on the Devices described in Attachment A that relate to 8 U.S.C. § 1324 (alien smuggling), 18 U.S.C. § 951 (agents of a foreign government), 18 U.S.C. § 1349 (visa fraud), 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1956 (money laundering), and 18 U.S.C. § 1001 (false statements), and conspiracies to commit the same (the "Subject Crimes") involving LINDA SUN, CHRIS HU, MEIPING SUN, and GUOXIAN SUN, among others, since January 1, 2016, including:

   a. All communications with any coconspirators regarding the Subject Crimes;

   b. Documents and records related to the Subject Crimes, including cash, bank statements and other financial records, correspondence, payment records, and photos regarding the Subject Crimes;

   c. Luxury goods, including but not limited to jewelry and watches, stored in their original packaging;

   d. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

2. Records on the Devices including:

   a. Records of Internet Protocol addresses used;

   b. Location information;

   c. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

3

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the investigative agency may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

SUBJECT TO PROTECTIVE ORDER                                                                EDNY_052739