# EXHIBIT D

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>)<br>THE PREMISES KNOWN AND DESCRIBED AS LEIVINE )<br>WINE & SPIRITS, 3370 FARRINGTON STREET, QUEENS, )<br>NEW YORK 11354 | Case No. 24 MC 3106 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern District of New York_____
*(identify the person or describe the property to be searched and give its location):*

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 16, 2024___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a reciept for the property taken to the person from whom, of from whose premises, the property was taken, or leave the copy and reciept at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the Duty Magistrate Judge___.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an averse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 8, 2024, at 4:25 p.m.            *Lara K. Eshkenazi*
                                                                 *Judge's signature*

City and state:           Brooklyn, New York                     Magistrate Judge Lara K. Eshkenazi
                                                                 *Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                                EDNY_052758

| **Return** | | |
|---|---|---|
| Case No.: 24 MC 3106 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) siezed: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                    EDNY_052759

# ATTACHMENT A

## Property to Be Searched

The property to be searched is a business located at 3370 Farrington Street, Queens, New York 11354 (the SUBJECT PREMISES), depicted below.



The property to be searched includes (a) all closed and locked containers found therein and (b) all electronic devices and digital media present at the SUBJECT PREMISES, whether or not they are on someone's physical person, with the exception of those that can be readily identified as belonging exclusively to persons not involved in the Subject Crimes (defined in Attachment B).

SUBJECT TO PROTECTIVE ORDER                                         EDNY_052760

## ATTACHMENT B

### Particular Things to be Seized

1. All records, including all records on the Devices described in Attachment A that relate to 18 U.S.C. §§ 1956 (money laundering) and 1001 (false statements), and 26 U.S.C. § 7201 (attempt to evade or defeat tax) and conspiracies to commit the same (the "Subject Crimes") involving LINDA SUN, CHRIS HU, MEIPING SUN, and GUOXIAN SUN, among others, since January 1, 2021, including:

    a. Storage of bulk cash;

    b. Surveillance video showing areas where cash may have been received, packaged, or stored;

    c. Documents and records related to the Subject Crimes, including cash, bank statements and other financial records, correspondence, payment records, and photos regarding the Subject Crimes;

    d. All communications with any coconspirators regarding the Subject Crimes;

2. Records on the Devices including:

    a. Financial records relating to the receipt or deposit of cash in the name of Leivine Wine & Spirits;

    b. Communications relating to the receipt or deposit of cash;

    c. Records of Internet Protocol addresses used;

    d. Location information;

    e. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

SUBJECT TO PROTECTIVE ORDER                                                              EDNY_052761