# EXHIBIT G

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 24 MC 3388 |
| RECORDS AND INFORMATION ASSOCIATED WITH | ) | |
| CELLUALR TELEPHONE WITH CALL NUMBER ▉▉▉ | ) | |
| ▉▉ CURRENTLY IN THE POSSESSION VERIZON | ) | |
| WIRELESS | | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____District of New Jersey_____
*(identify the person or describe the property to be searched and give its location):*

Please see Attachment A2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Please see Attachment B2.

**YOU ARE COMMANDED** to execute this warrant on or before    _September 13, 2024_    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a reciept for the property taken to the person from whom, of from whose premises, the property was taken, or leave the copy and reciept at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Duty Magistrate Judge_____.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an averse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    August 30, 2024  3:30 PM
_____

City and state:      __Brooklyn, New York__

_____
*Judge's signature*

_____
Magistrate Judge Sanket J. Bulsara
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                          EDNY_052777

| **Return** | | |
|---|---|---|
| Case No.: 24 MC 3388 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) siezed: | | |

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     _____

                                 _____

                                              *Executing officer's signature*

                                   _____

                                               *Printed name and title*

SUBJECT TO PROTECTIVE ORDER

## ATTACHMENT A2

### Property to Be Searched

1.      The cellular telephone assigned call number ████████ used by CHRIS HU (the "Target Cell Phone"), whose wireless service provider is Verizon, a wireless telephone service provider located in Bedminster, New Jersey.

2.      Records and information associated with the Target Cell Phone that is within the possession, custody or control of Verizon, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

1

SUBJECT TO PROTECTIVE ORDER                                                    EDNY_052779

## ATTACHMENT B2

### Particular Things to be Seized

**I.    Information to be Disclosed by the Provider**

1.    All historical information about the location of the Target Cell Phone described in Attachment A2 for a period of thirty days, during all times of day and night, as well as all prospective information about the location of the Target Cell Phone for a period of thirty days, during all times of day and night.   Information about the location of the Target Cell Phone (hereinafter "Location Information") includes the following data associated with the Target Cell Phone:

    a.    All available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the Target Cell Phone.

    b.    Per-call measurement da ta, sometimes identified as "True Call," "Timing Advance" (TA) or "Time on Arrival" (TOA), "Real-Time Tool" ("RTT"), "Advanced Timing Data" and/or "Per Call Measurement Data" ("PCMD") associated with the Target Cell Phone.

    c.    Any unique identifiers associated with the cellular device, including ESN, MEIN, MSISDN, IMSI, SIM, or MIN; source and destination telephone numbers; and Date, time, and duration of communication.

2.    The following information about the customers or subscribers associated with the Target Cell Phone for the time period January 1, 2024 to the present:

    a.    Names (including subscriber names, user names, and screen names);

1

SUBJECT TO PROTECTIVE ORDER                                    EDNY_052780

b.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

c.  Local and long distance telephone connection records;

d.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

e.  Length of service (including start date) and types of service utilized;

f.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

g.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

h.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

i.  All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Target Cell Phone, including: (A) the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses (data sessions)); and (B) information regarding the cell tower

2

and antenna face (also known as "sectors") through which the communications were sent and received for both call detail records and any data sessions as well as Per-call measurement data, sometimes identified as "NELOS," "Timing Advance" (TA) or "Time on Arrival" (TOA), "Real-Time Tool" ("RTT"), "Advanced Timing Data" and/or "Per Call Measurement Data" ("PCMD") associated with the Target Cell Phone.

To the extent that the Location Information is within the possession, custody or control of Verizon, Verizon is required to disclose the Location Information to the government. In addition, Verizon must furnish the government all information, facilities and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Verizon's services, including by initiating a signal to determine the location of the Target Cell Phone on Verizon's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Verizon for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. See 18 U.S.C. § 3103a(b)(2).

## II.     Information to Be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 1028 (misuse of identification), 18 U.S.C. § 1344 (bank fraud), and 18 U.S.C. § 1956 (money laundering), and conspiracies to commit the same (the "Subject Crimes") involving

3

SUBJECT TO PROTECTIVE ORDER                                        EDNY_052782

LINDA SUN, CHRIS HU, among others, since January 1, 2016, or which may otherwise lead to property used in committing a crime.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation and outside technical experts under government control) are authorized to review the records produced by the Verizon in order to locate the things particularly described in this Warrant.

4

SUBJECT TO PROTECTIVE ORDER                                    EDNY_052783