# EXHIBIT I

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION<br>ASSOCIATED WITH SHOPPER ID NUMBER 58582466583<br>THAT IS STORED AT PREMISES CONTROLLED BY<br>SHOPIFY | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24 MC 3252 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern District of California _____
*(identify the person or describe the property to be searched and give its location):*

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 3, 2024____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a reciept for the property taken to the person from whom, of from whose premises, the property was taken, or leave the copy and reciept at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Duty Magistrate Judge____.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an averse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    August 20, 2024   3:10 pm

City and state:     Brooklyn, New York

Judge's signature

Magistrate Judge Peggy Kuo
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                          EDNY_052762

| **Return** | | |
|---|---|---|
| Case No.: 24 MC 3252 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) siezed: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    _____

_____
*Executing officer's signature*

_____
*Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                    EDNY_052763

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with shopper id number 58582466583 that

is stored at premises owned, maintained, controlled or operated by Shopify, a company

headquartered in the United States in San Francisco, California and worldwide in Ottawa,

Canada.

SUBJECT TO PROTECTIVE ORDER                                    EDNY_052764

## ATTACHMENT B

### Particular Things to be Seized

### I.    Information to be Disclosed by Shopify

To the extent that the information described in Attachment A is within the possession, custody or control of Shopify (the "Provider"), regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs and information that have been deleted but are still available to Shopify, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Shopify is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

b.    The types of service utilized by the user;

c.    All records or other information stored by an individual using the account, including transaction history and communications stored in Shopify Inbox; and

d.    All records pertaining to communications between Shopify and any person regarding the account, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within one week of service of this warrant.

SUBJECT TO PROTECTIVE ORDER                    EDNY_052765

## II.    Information to be Seized by the Government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of violations of 18 U.S.C. §§ 1956 (money laundering) and 1001 (false statements), and 26 U.S.C. § 7201 (attempt to evade or defeat tax), and conspiracies to commit the same have been committed by LINDA SUN, CHRIS HU, MEIPING SUN, GUOXIAN SUN, and others known and unknown, since January 2021 (the "Subject Crimes"), including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) All records of credit card and cash transactions pertaining to Leivine Wine & Spirits ("Leivine");

(b) All communications regarding cash transactions, including appropriate accounting approach for Leivine's cash transactions;

(c) The identity of the persons who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(d) The identity of the persons who communicated with the user ID about the Subject Crimes.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the investigative agency may deliver a complete copy

2

of the seized or copied electronic data to the custody and control of attorneys for the government

and their support staff for their independent review.

3

SUBJECT TO PROTECTIVE ORDER                                      EDNY_052767

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Shopify, and my title is

_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Shopify. The attached records consist of _____. I further state that:

      a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Shopify, and they were made by Shopify as a regular practice; and

      b.     such records were generated by Shopify's electronic process or system that produces an accurate result, to wit:

          1.     the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Shopify in a manner to ensure that they are true duplicates of the original records; and

          2.     the process or system is regularly verified by Shopify, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

SUBJECT TO PROTECTIVE ORDER

_____    _____
Date                           Signature

2

SUBJECT TO PROTECTIVE ORDER                                    EDNY_052769