

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS/RMP/AS | *271 Cadman Plaza East* |
| F. #2021R00600 | *Brooklyn, New York 11201* |

June 15, 2025

<u>By Email and ECF</u>

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

        Re:    United States v. Sun, et. al.
                  <u>Criminal Docket No. 24-CR-346 (S-1)(BMC)</u>

Dear Counsel:

        For the reasons discussed below, the government declines your request for information regarding any prudential search requests ("PSRs") conducted as to classified materials.  (*See* ECF No. 107).

        The government is aware of the policies and procedures for conducting PSRs for potentially discoverable material in the possession of intelligence agencies that were not part of the prosecution team.  *See* Justice Manual § 9-90.210.  The government has remained in compliance with those policies and procedures.  However, the government has no legal obligation to inform the defendants how it complied with its discovery obligations, including, if it has conducted a PSR or the agency or agencies from which it has sought records.  *See, e.g.*, *United States v. Garcia-Pena*, 17 Cr. 363 (GBD), 2018 WL 6985220, at *6 (S.D.N.Y. Dec. 19, 2018) ("[C]ourts in this circuit have repeatedly denied requests for discovery orders where the government represents that it has produced discovery to defendants pursuant to Rule 16 and has made a good faith representation to the defense that it recognizes and has complied with its obligations under Brady and its progeny." (internal quotation marks, citation, and alterations omitted)).

      Notably, your reliance on Judge Rakoff's order in *United States v. Shestakov*, 23 Cr. 16 (JSR) (S.D.N.Y.), (*see United States v. Sun*, ECF No. 107 Ex. A), is misplaced. As reflected in the order, Judge Rakoff denied one defendant's motion to compel the government to conduct prudential search requests at the Federal Bureau of Investigation and the Central Intelligence Agency while simultaneously directing the government to provide confirmation of search for communications involving the defendants "in the possession of any agency of the United States." Judge Rakoff issued this order one day after affirming a prior order granting the government's motion to delete discoverable information under Classified Information Procedures Act ("CIPA") Section 4. Based on the timing and the context of the order, it appears that Judge Rakoff intended for the government to confirm its search for materials in agencies other than those covered in the government's CIPA motion. (*See United States v. Shestakov*, ECF No. 282). Accordingly, the order does not stand for the proposition which you suggest—that the government is obligated to disclose the fact of PSRs issued to intelligence agencies. Indeed, you have already conceded the limitations of Judge Rakoff's order. As your May 30, 2015 letter to the Court notes, "We understand that Judge Rakoff may limit the breadth of his original order." (ECF No. 107 at 1 n.1).

      Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:   /s/ Alexander A. Solomon
       Alexander A. Solomon
       Robert M. Pollack
       Amanda Shami
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (BMC) (via ECF)