UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                24-CR-346 (S-1) (BMC)

LINDA SUN and CHRIS HU,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eli Ross, Trial Attorney in the U.S. Department of Justice, National Security Division, from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Eli Ross
> Trial Attorney, U.S. DOJ NSD
> 950 Pennsylvania Ave. NW
> Washington, D.C. 20530
> Telephone: 202-616-5447
> Email: Eli.Ross2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Eli Ross at the email address set forth above.

Dated: Washington, D.C.
       June 17, 2025

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ *Eli Ross*
Eli Ross
Trial Attorney
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice

cc: Clerk of the Court (BMC)