UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LINDA SUN and CHRIS HU,<br><br>Defendants. | Case No. S1 24 Cr. 346 (BMC) |

**CHRIS HU AND LINDA SUN'S NOTICE OF MOTION
FOR A *MONSANTO* HEARING**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration, Chris Hu and Linda Sun will move this Court before the Honorable Brian M. Cogan, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be designated by the Court, for an Order scheduling a *Monsanto* hearing.

Dated: June 19, 2025
　　　New York, New York

/s/ *Jarrod L. Schaeffer*

Kenneth M. Abell
Jarrod L. Schaeffer
Scott Glicksman

ABELL ESKEW LANDAU LLP

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7341 / -7339 / -7338
kabell@aellaw.com
jschaeffer@aellaw.com
sglicksman@aellaw.com

*Attorneys for Linda Sun*

/s/ *Seth D. DuCharme*

Seth D. DuCharme
Nicole Boeckmann
Anissa L. Adas
Kim Kirschenbaum

BRACEWELL LLP

31 W. 52nd Street, Suite 1900
New York, NY 10019
(212) 508-6100
seth.ducharme@bracewell.com
nicole.boeckmann@bracewell.com
anissa.adas@bracewell.com
kim.kirschenbaum@bracewell.com

*Attorneys for Chris Hu*