**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

LINDA SUN and CHRIS HU,

          Defendants.

Case No. S2 24 Cr. 346 (BMC)

**DECLARATION OF CHRIS HU IN FURTHER SUPPORT OF MOTION**

I, CHRIS HU, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I submit this declaration in further support of the Motion for a *Monsanto* Hearing in the above-captioned matter.

2. On February 21, 2025, I provided financial disclosures to the government outlining what my assets were as of that date. A true and correct copy of the disclosures are attached hereto as Exhibit A and are incorporated by reference into this Motion. Additional information regarding the current status of mine and Linda Sun's finances is set forth below.

3. We have personal monthly expenses in excess of $20,000. During the last few months, we have been able to afford these expenses by utilizing our remaining unseized checking and savings accounts, liquidating all our bonds, and relying on the help of our family and friends.

4. With respect to our checking and savings accounts, as of the date of this filing, they have been almost completely depleted to cover our monthly expenses. We currently have approximately $7,600 available to us through our remaining checking and saving accounts, and approximately $7,000 in cash.

5. In regard to our bonds, we have liquidated approximately $44,000 in total. We have no additional bonds to liquidate.

6. As for the assistance of family and friends, who during the last few months collectively have given Linda and myself approximately $13,000, we cannot indefinitely rely on their ongoing charity and financial support to cover our monthly expenses.

7. As noted above, we have all but depleted our checking and savings accounts to cover our monthly expenses. The only other bank account that we have is a Roth IRA account consisting of approximately $185,000 in cash and securities. That account cannot be liquidated without incurring significant financial penalties and costs—and which, even if liquidated, would cover only a fraction of our estimated $3 million in legal fees through trial.

8. As stated in my previous Declaration, on June 9, 2025, I sold 50 percent of my investment in a commercial real estate venture ███████████ valued at approximately $2 million. The resulting funds—totaling approximately $1,000,000—were distributed to counsel to cover legal fees that were in arrears.

9. Since making my financial disclosures to the government on February 21, 2025, I have not acquired any additional assets.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2025
New York, New York

*/s/ Chris Hu*
CHRIS HU

# EXHIBIT A

# [FILED UNDER SEAL]