UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>LINDA SUN,<br>   a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and<br><br>CHRIS HU,<br><br>               *Defendants.* | 24 Cr. 346 (BMC) (TAM)<br><br>**DECLARATION OF LINDA SUN**<br>**IN SUPPORT OF MOTION** |

I, LINDA SUN, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a defendant in the above-captioned case and I make this declaration based on my personal knowledge of the matters discussed herein.

2. For most of my professional life, I have been employed in hourly or salaried positions. I do not have independent knowledge regarding the finances or operations of my husband's business ventures. My knowledge of such information is based on information received from others, including from my husband who generally has managed our family's finances.

3. I am not aware of any unrestrained assets in addition to those that I understand have been disclosed in connection with the motion to release assets for the payment of legal expenses.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated:    July 2, 2025
       New York, New York

                                                   *[signature]*
                                                   Linda Sun