

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 15, 2025

<u>By Email and ECF</u>

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

      Re:    <u>United States v. Sun, et. al.</u>
               <u>Criminal Docket No. 24-CR-346 (S-2) (BMC)</u>

Dear Counsel:

      This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
|---|---|
| EDNY_143705-EDNY_144726 | Records from the New York State Commission on Ethics and Lobbying in Government |
| EDNY_144727-EDNY_145148 | Records from DocuSign, Inc. |

Four sets of records produced by DocuSign, Inc. appeared to relate to the retention of legal services, and although the government understands that these records are not privileged, in an abundance of caution the government deleted them promptly. These records are not included in the production and the government has not maintained any copies.

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

    Very truly yours,

    JOSEPH NOCELLA, JR.
    United States Attorney
    Eastern District of New York

By:   /s/ Alexander A. Solomon
    Alexander A. Solomon
    Robert M. Pollack
    Amanda Shami
    Assistant U.S. Attorneys
    (718) 254-7000