

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2025

By ECF
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Linda Sun, et al.
                Criminal Docket No. 24-346 (S-2) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter further to Your Honor's April 28, 2025 Memorandum Decision and Order granting in part and denying in part the defendants' motions to suppress evidence (ECF No. 98), in particular those parts of the Court's decision relating to the warrant that the government applied for in 2024 to search Linda Sun's Gmail (the "2024 Gmail Warrant").

      The Court withheld judgment regarding suppression of information resulting from the 2024 Gmail Warrant pending a submission from the government indicating whether any information that the government had "obtained from the 2024 Gmail Warrant is not on the computer seized from Sun's residence." (*Id.* at 13). The government notifies the Court that it does not intend to use at trial any emails seized pursuant the 2024 Gmail Warrant. Accordingly, the government respectfully submits that any suppression motion premised on the 2024 Gmail Warrant would be moot and that the Court need not reach the issue.

Thank you for your consideration.

                        Respectfully submitted,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By:   /s/
       Alexander A. Solomon
       Robert M. Pollack
       Amanda Shami
       Assistant U.S. Attorneys
       (718) 254-7000

Cc:   Clerk of the Court (by ECF)
      Defense counsel (by ECF)