

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2025

By ECF
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Linda Sun, et al.
           Criminal Docket No. 24-346 (S-2) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter to memorialize that earlier today, it made a classified submission in support of its classified *ex parte*, *in camera* motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. The government made this submission via hand delivery coordinated with the Classified Information Security Officer and Your Honor's Chambers.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/
     Alexander A. Solomon
     Robert M. Pollack
     Amanda Shami
     Assistant U.S. Attorneys
     (718) 254-7000

Cc:   Clerk of the Court (by ECF)
      Defense counsel (by ECF)