# BRACEWELL

August 19, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Linda Sun, and Chris Hu,* S2 24-CR-346 (BMC)

Your Honor:

  I respectfully request that the Court reschedule the status conference currently scheduled for Monday, August 25th at 11:00 am to the following day, Tuesday, August 26th, sometime in the afternoon. I had an unexpected personal timing conflict arise that precludes my availability to appear in court on August 25th. I have spoken to counsel for Ms. Sun and the government, who are all available on the afternoon of August 26th, should that date also be convenient for the Court. If the Court is not available on the 26th, rather than cause further delay, I respectfully request that I be excused from this status conference, in which case my co-counsel, Nicole Boeckmann, will appear on behalf of Mr. Hu.

Respectfully,

*Seth D. DuCharme*

Seth D. DuCharme
Nicole Boeckmann

cc: Counsel of Record (via ECF)

Mr. Seth D. DuCharme
Partner

T:+1.212.508.6165 F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com bracewell.com

AUSTIN DALLAS DUBAI HOUSTON LONDON NEW YORK PARIS SAN ANTONIO SEATTLE WASHINGTON, DC