

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS  
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 6, 2025

<u>By Email and ECF</u>

Kenneth Abell  
Jarrod L. Schaeffer  
Abell Eskew Landau LLP  
256 Fifth Avenue, 5th Floor  
New York, NY 10001

Seth DuCharme  
Nicole Boeckmann  
Bracewell LLP  
31 W. 52nd Street, Suite 1900  
New York, NY, 10019-6118

    Re: United States v. Sun, et. al.  
       <u>Criminal Docket No. 24-CR-346 (S-2) (BMC)</u>

Dear Counsel:

    This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
|---|---|
| EDNY_145149 - EDNY_145160 | Records from the New York State Executive Chamber |
| EDNY_145161 - EDNY_145286 | Documents seized at the Sun and Hu Residence and searched pursuant to a judicially authorized warrant, which was previously produced as EDNY_136088-EDNY_136114 |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:  /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000