

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS/ADR
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 20, 2025

<u>By USAFx and ECF</u>

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

      Re:    <u>United States v. Sun, et. al.</u>
              <u>Criminal Docket No. 24-CR-346 (S-2) (BMC)</u>

Dear Counsel:

      This letter will be accompanied by a link to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
| --- | --- |
| EDNY_145299 | Responsive Report for Silver MacBook Pro with Serial Number C02T89XXGTFL that was Seized at the Sun and Hu Residence |
| EDNY_145300 – EDNY_145408 | Affidavit and Search Warrant (25-MC-3319) |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

                                Very truly yours,

                                JOSEPH NOCELLA, JR.
                                United States Attorney
                                Eastern District of New York

By:    /s/ Alexander A. Solomon
        Alexander A. Solomon
        Robert M. Pollack
        Amanda Shami
        Andrew D. Reich
        Assistant U.S. Attorneys
        (718) 254-7000