

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS/ADR
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

September 2, 2025

By Email

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

    Re: United States v. Sun, et. al.
       Criminal Docket No. 24-CR-346 (S-2) (BMC)

Dear Counsel:

    Enclosed please find a signed expert disclosure for forensic document examiner John P. Osborn, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. The government is filing on ECF the expert report with certain appendices intentionally omitted, as the appendices contain personal identifiable information and other sensitive financial information. The government is providing the complete report to you and the Court separately. The government reserves the right to supplement and/or correct this disclosure if appropriate. *See* Fed. R. Crim. P. 16(a)(1)(G)(vi).

The government also requests reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

        Very truly yours,

        JOSEPH NOCELLA, JR.
        United States Attorney
        Eastern District of New York

By:   /s/_____
        Alexander A. Solomon
        Robert M. Pollack
        Amanda Shami
        Andrew D. Reich
        Assistant U.S. Attorneys
        (718) 254-7000

(Enclosures)