### Disclosure as to Expert Witness Forensic Document Examiner John Paul Osborn

I. Statement of Opinions, Bases and Reasons

The following is "a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under [Rule 16](b)(1)(C), and the bases and reasons for them," Fed. R. Crim. P. 16(a)(1)(G)(iii):

John Paul Osborn, an expert in forensic document examination with experience in the examination and analysis of documents including handwriting, hand printing, signatures, typewriting, machine printing, machine reproduction, obliteration, alteration, paper (nonchemical examination), ink (non-chemical examination), sequence, physical match, and other related evidence, will testify regarding his analysis of an original check found at the defendant Chris Hu's home and whether it contains Hu's handwriting in the payee name, check amount, memo, and endorsement fields. Mr. Osborn will testify that Hu can be identified as having prepared the hand printed information in the payee name, check amount, and memo fields and that it is highly probable that Hu signed the endorsement field. Attached as Exhibit A and incorporated by reference is a report reflecting Mr. Osborn's opinions and the bases and reasons for them.

II. Qualifications

Please see the attached Exhibit B for Mr. Osborn's qualifications and curriculum vitae, which contain a list of "the witness's qualifications, including a list of all publications authored in the previous 10 years," Fed. R. Crim. P. 16(a)(1)(G)(iii).

III. List of Cases

Please see the attached Exhibit C for "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition," Fed. R. Crim. P. 16(a)(1)(G)(iii).

Respectfully submitted,

John Paul Osborn