# Exhibit B

# QUALIFICATIONS OF JOHN PAUL OSBORN



John Paul Osborn is a forensic document examiner and maintains an office in Middlesex, New Jersey. He has been qualified as an expert and has testified about disputed documents on numerous occasions in civil and criminal courts, and before various arbitration associations.

He has studied the leading books on the subject, collected reference materials, conducted experiments, and has worked on a full-time basis in the field since 1982. This includes the examination of signatures, handwriting, hand printing, fabrication and alteration, inks, paper, writing instruments, as well as many other problems related to documents. His office office maintains a library of reference material, including current articles and publications on the subject, and has access to thousands of other research articles and texts maintained by professional groups in the field.

Mr. Osborn attended and received a BA from Susquehanna University in Pennsylvania in 1982. After graduation he began training under the supervision of his late father, Paul A. Osborn, as a member of the now five-generation family practice founded by his great grandfather, Albert S. Osborn in 1910. Mr. Osborn, in turn trained both Kevin Kulbacki, currently a private practitioner in Chicago, and Kelsey Osborn who represents the fifth generation of the family practicing in the field.

Mr. Osborn is currently a member of the American Academy of Forensic Sciences, the American Society of Questioned Document Examiners (for which he served as President from 2014 through 2016), the Northeastern Association of Forensic Scientists the New Jersey Association for Forensic Scientists and the American Society for Testing and Materials. He served as a member of the National Institute of Standards and Technology Organization of Area Scientific Committees, as well as the Working Group for Human Factors in Handwriting Examination. Mr. Osborn was certified by the American Board of Forensic Document Examiners in 1990 and has maintained that status through required recertification during each five-year period since that time.

He maintains the necessary equipment and instruments used in this work, including different types of magnification devices, microscopes, type measuring plates, lighting instruments, projectors, electrostatic detection apparatus, video spectral examination equipment, a variety of photographic devices, as well as other instruments.

Mr. Osborn has been retained by the United States Attorney's Office in the District of NJ and the Eastern & Southern Districts of NY, District Attorneys' Offices in New York State, Prosecutors in New Jersey, the state Attorney General's Offices in both New Jersey and New York, several large corporations, brokerage houses, commodity exchanges, insurance companies and well recognized law firms. He also has been retained in matters for the Legal Aid Society of New York, St. John's University School of Law Elder Law Clinic, Georgetown University Center for Applied Legal Studies and other non-profit legal service groups and agencies, as well as in cases for criminal defendants funded through the CJA in federal courts.

Mr. Osborn's work has been published in the Journal of Forensic Sciences and he was Editor of the American Society of Questioned Document Examiners Newsletter from 1991 through 1997. He has given presentations for CLE classes, as well for fraud investigators, insurance, and banking groups. He has also appeared numerous times as a consultant on television programs and documentaries.

# JOHN PAUL OSBORN

1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                                 Page 1 (revised 10/2024)

**OCCUPATION:**

Forensic Document Examiner

**DUTIES:**

Examination and analysis of documents towards specific problem resolution including handwriting, hand printing, signatures, typewriting, machine printing, machine reproduction, obliteration, alteration, paper (non-chemical examination), ink (non-chemical examination), sequence, physical match and other related evidence. Preparation of verbal and written reports; digital imaging; photography; and preparation of demonstrative court exhibits.  Expert testimony.

**EQUIPMENT/RESEARCH LIBRARY:**

Magnification equipment, including B&L and Olympus stereoscopic microscopes, Pentax macro scopes and a variety of hand held magnifiers; various lighting equipment and light filters; various document measuring devices; Olympus digital camera equipment; Foster & Freeman Electrostatic Detection Apparatus; MiScope digital microscope; Foster & Freeman VSC2000/HR high resolution video spectral comparator; Foster & Freeman CVM2000 compact video microscope; video recording cameras and equipment, computers, Canon ImageClass and LiDE digital imaging equipment and software.

In-office library collection accumulated since the early 1900s of research papers, texts and journals; collection of typeface records and Haas Atlas; ink and paper reference library; domestic and foreign handwriting systems library; access to American Society of Questioned Document Examiners National Library; access to Questioned Document Article Database (in excess of 7,000 articles and research notes)

**PROFESSIONAL PRACTICE:**

The oldest private document examination laboratory in the United States established in 1910 by Albert S. Osborn (d. 1946).  Osborn Associates with Albert D. Osborn (d. 1972), Russell D. Osborn (d. 1994), Frank Murphy (d.) and Paul A. Osborn (d. 2007).  Osborn & Son with Paul A. Osborn (d. 2007), Kevin Kulbacki (2012-2015) and Kelsey Lynn Osborn (2019-present).

**EDUCATION:**

Susquehanna University (Selinsgrove, Pennsylvania) Bachelor of Arts (Communications Department Major) 1982.

**TRAINING:**

Paul A. Osborn, Osborn Associates, initial full-time training period 1982 - 1984

# JOHN PAUL OSBORN
**1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846**
**732-667-5888 (tel), 732-200-3354 (fax)**
**JPOSBORN@aol.com (email), www.osbornandson.com (website)**

**DETAILED RESUME**                                                                 Page 2 (revised 10/2024)

**PROFESSIONAL ORGANIZATION MEMBERSHIPS/CERTIFICATION:**

**Memberships:**
American Academy of Forensic Sciences (AAFS)
    Trainee Affiliate (1984)
    Provisional Member (1987)
    Member (1989).

American Society of Questioned Document Examiners (ASQDE)
    Associate Member (1987)
    Member (1989)
    Life Member (2022).

American Society for Testing and Materials (ASTM), Committee E-30 on Forensic Sciences
    Member (1992).

New Jersey Association of Forensic Scientists (NJAFS)
    Charter Member

**Certification:**
American Board of Forensic Document Examiners (ABFDE)
    Applicant for Certification (1987)
    Certificate of Qualification in Forensic Document Examination (1990)
    Five Year Re-Certifications (1995, 2000, 2005, 2010, 2015, 2020)

**PROFESSIONAL ORGANIZATION POSITIONS:**

American Academy of Forensic Sciences Questioned Documents Section, Discipline Assessment Task Force, Member (1990-1991)

American Board of Forensic Document Examiners, Continuing Education Committee, Northeast Regional Committee Member (1991-1993)

American Society of Questioned Document Examiners, 1992 Annual Meeting Program Chairperson (Milwaukee, WI)

American Society for Testing and Materials, Committee E30 on Forensic Sciences (including the Sub-Committee E30.02 - Questioned Documents) Member (1992 - present)

American Society of Questioned Document Examiners, ASQDE Newsletter Editor (1992 - 1997)

Scientific Working Group for Document Examination Subcommittee for Standard Operating Procedures and Terminology (sponsored by the National Institute of Justice and Federal Bureau of Investigation) Member (1997 - 2000), Interim Chairperson (1999)

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                   Page 3 (revised 10/2024)

American Society of Questioned Document Examiners, Director (1998 - 2000), Treasurer (2000 - 2002), Secretary (2010 – 2012), Vice President (2012 - 2014), President (2014 – 2016)

American Society of Questioned Document Examiners 2023 Annual Meeting Site Chairperson (New York, NY)

National Institute of Standards and Technology, Organization of Scientific Area Committees, Forensic Document Examination Subcommittee Voting Member (term I 2014 – 2019 and term II 2020 - present), Vice Chairperson (2017 - 2019)

National Institute of Standards and Technology, Expert Working Group on Human Factors in Forensic Handwriting Examination Member (2015 – 2018).

**CONTINUING EDUCATION/TRAINING:**

**Professional Organization Sessions:**

American Academy of Forensic Sciences - Various Technical Sessions (beginning in 1983)
American Society of Questioned Document Examiners - Various Technical Sessions (beginning in 1983)
Northeastern Association of Forensic Scientists - Various Technical Sessions (beginning in 1987)
International Association of Forensic Scientists - Various Technical Sessions (1999)

**Seminars and Workshops:**

*"Identification of Electrostatic Copiers"* James H. Kelly, Instructor, Syracuse, NY, October 20-21, 1982 (Sponsored by Northeastern Association of Forensic Scientists)

*"Photocopier Workshop"* James H. Kelly & Diane K. Tolliver, Instructors, Arlington, Virginia, August 27, 1989 (at American Society of Questioned Document Examiners Meeting)

*"Signature Workshop"* James L. Hayes & Howard C. Rile, Presenters, San Jose, California, August 28, 1990 (at American Society of Questioned Document Examiners Meeting)

*"Type Element Workshop (GP Industries)"*, Jeffrey Luber (Suffolk Co. NY Police) Somerville, New Jersey, April 9, 1991 (sponsored by Northeastern Association of Forensic Scientists)

*"Deposition Testimony Workshop"* Prof. Michael Flynn (Nova Law School), Instructor, Lake Buena Vista, Florida, August 4, 1991 (at American Society of Questioned Document Examiners Meeting)

*"Expert Witness Workshop"* Prof. Carol Henderson Garcia (Nova Law School), Instructor, Lake Buena Vista, Florida, August 4, 1991 (at American Society of Questioned Document Examiners Meeting)

*"Eastman Kodak Workshop"* Richard T. McEvoy, Jr. (Eastman Kodak Company), Instructor, Lake Buena Vista,

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                         Page 4 (revised 10/2024)

Florida, August 5, 1991 (at American Society of Questioned Document Examiners Meeting)

*"Signature Comparison Workshop"* Howard C. Rile, Presenter, Lake Buena Vista, Florida, August 7, 1991 (at American Society of Questioned Document Examiners Meeting)

*"Canon Fax Workshop"* Carmello Martinez, Jr. & Charla Wykel (Canon Corporation), Instructors, Lake Buena Vista, Florida, August 8, 1991 (at American Society of Questioned Document Examiners Meeting).

*"Signature Workshop"* Howard C. Rile, Presenter, Milwaukee, Wisconsin, August 24 & 26, 1992 (at American Society of Questioned Document Examiners Meeting).

*"Paper Manufacturing Workshop"*, H.M. Spencer, Co. (dandy roll producer) & Southworth Company (paper manufacturer), Massachussetts, February 16, 1993 (sponsored by American Academy of Forensic Sciences)

*"Physical Match for Document Examiners"* Mark R. Masson (Indiana State Police) & Stephen McKasson (Illinois State Police), Instructors, San Antonio, Texas, February 13-15, 1994 (at American Academy of Forensic Sciences Meeting)

*"Questioned Documents Reference and Typewriter Database"* Dr. Philip D. Bouffard (Lake County Ohio Regional Forensic Lab) & James F. Larner (INS), Instructors, San Antonio, Texas, February 17, 1994 (at American Academy of Forensic Sciences Meeting)

*"Forensic Examination of Counterfeit Documents"* James F. Larner (US Dept. of Justice, INS Laboratory) Instructor, Long Beach California, August 22, 1994 (at American Society of Questioned Document Examiners Meeting).

*"Signature Workshop"* Howard C. Rile, Presenter, Long Beach, California, August 20-23, 1994 (at American Society of Questioned Document Examiners meeting).

"*Desktop Publishing for the Preparation of Court Charts*" Gus Lesnovich, Instructor, New York, New York, October 13, 1994 (at Northeastern Association of Forensic Scientists meeting).

"*Conservation and Preservation Methods of Documents*" - *Ethical Treatment of Documents*" John Sang, Sang Associates; Dennis Ryan, Nassau Co. Police; Marc Reeves, Conservation Lab, NY Public Library; Anna Stenstrom, Conservation Laboratory, NY Public Library, February 17-18, 1997 (at American Academy of Forensic Sciences Meeting).

"*Handwriting Workshop*" Howard C. Rile and Steve McKasson, Presenters, Indianapolis, Indiana, August 10, 1998 (at American Society of Questioned Document Examiners meeting).

"*Institute for Forensic Imaging (IFI)*" Prof. Barry Bullard, Jack Jacobia and Herb Blitzer, Presenters, Indianapolis, Indiana, August 10, 1998 (at American Society of Questioned Document Examiners meeting).

"*Neuroanatomy and Neurophysiology of Handwriting*" Dr. Jane Paulsen, Presenter, Indianapolis, Indiana, August 11, 1998 (at American Society of Questioned Document Examiners meeting).

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                      Page 5 (revised 10/2024)

*"Technology and Its Use in Questioned Document Examination"* Grant Sperry, Bob Dartnell, Audrey Giles, Sandy Giles, Jim Hartman and Neil Holland, Instructors, University of California at Los Angeles, August 23, 1999 (at joint meeting of International Association of Forensic Scientists and American Society of Questioned Document Examiners).

*"Digital Print Technologies"* Larry F. Stewart and Richard Outland, Instructors, University of California at Los Angeles, August 24, 1999, (at joint meeting of International Association of Forensic Scientists and American Society of Questioned Document Examiners).

*"Computer Printers - Their Classes, Defects, and Ink Dot Morphology"* Roch Beausoleil, Presenter, Ottawa, Ontario, August 25, 2000 (at American Society of Questioned Document Examiners meeting).

*"An Integrated Approach to Ensuring Reliability of Expert Handwriting Analysis Testimony After Daubert & Kumho Tire"* and *"Practical Supplement"* Mark Bellomy and David Bellomy, Ottawa, Ontario, August 28, 2000 (at American Society of Questioned Document Examiners meeting).

*"Method Validation: Assessment of Handwriting Habits"* Patricia A. Manzolillo, Robert J. Muehlberger, Grant R. Sperry, Richard C. Hanlon Presenters, Des Moines, IA, August 19, 2001 (at American Society of Questioned Document Examiners meeting).

*"Signature Workshop"* Howard C. Rile, Presenter, Des Moines, IA, August 19-21, 2001 (at American Society of Questioned Document Examiners meeting).

*"Print Quality Measurement Workshop"* Asman Arslan, Gazi N. Ali, Prof. George Chiu, Prof. Edward J. Delp, Prof. Jan P. Allebach and Prashat Mehta presenters; Montreal, Quebec, Canada; August 12, 2005 (at American Society of Questioned Document Examiners Meeting).

*"Cedar-Fox Forensic Document Analysis System Workshop"* Dr. Sargur N. Srihari presenter; Montreal, Quebec Canada; August 13, 2005 (at American Society of Questioned Document Examiners Meeting).

*"MS Access for Document Examiners"* Lamar Miller presenter, University of Rhode Island at Kingston, November 8-9, 2005 (at Northeastern Association of Forensic Scientists meeting).

*"Typography for the Forensic Document Examiner"* Peter Tytell presenter, Newport, Rhode Island, November 10, 2005 (at Northeastern Association of Forensic Scientists meeting).

*"Seminar on Foster + Freeman Video Spectral Comparator and Electrostatic Detection Apparatus,"* F. L. "Jim" Lee, Technical Applications Sales Engineer, Instructor, Rye Brook, New York, November 3, 2006 (at Northeastern Association of Forensic Scientists meeting).

*"Business Records Workshop"* Dennis Ryan, David Oleksow, Lloyd Cunningham, Frank Hicks and Howard

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                                 Page 6 (revised 10/2024)

Rile presenters; Asheville, NC; August 16, 2008 (American Board of Forensic Document Examiners sponsored workshop)

*"Expert Penman: Empirical Investigations of the Validity of Forensic Handwriting Examiners Opinions on Skilled Simulations,"* Tahnee Dehurst, presenter, Asheville, NC, August 17, 2008 (at American Society of Questioned Document Examiners meeting).

*"Typography – Testing to Testimony,"* William Flynn and Kathleen Annunziata Nicolaides, presenters; Asheville, NC; August 18, 2008 (at American Society of Questioned Document Examiners meeting).

*"Working with Write-On 2 Document Comparison Software,"* Brian Lindblom, presenter; Asheville, NC; August 19, 2008 (at American Society of Questioned Document Examiners meeting).

*"Challenging Signatures Workshop,"* A. Frank Hicks, presenter; Dearborn, MI; August 9, 2009 (at American Society of Questioned Document Examiners meeting).

*"Handwriting of a Homogenous Population,"* Marie Durina, presenter; Dearborn, MI; August 10, 2009 (at American Society of Questioned Document Examiners meeting).

*"The Examination of Documents Produced Using Inkjet Technology – Parts I and II,"* Gerry LaPorte, presenter; Dearborn, MI; August 12, 2009 (at American Society of Questioned Document Examiners meeting).

*"Signature Examination: Translating Basic Science to Practice,"* Prof. Michael Caligiuri, Linton Mohammed presenters; Victoria, BC; August 29, 2010 (at American Society of Questioned Document Examiners / Southwestern Association of Forensic Document Examiners joint meeting).

*"Electronic Recording & Analysis of Handwritten Signatures and Writings,"* Dr. Steven Strach, Nicholas Mettyear, Andrea Devlin, presenters; Victoria, BC; August 31, 2010 (at American Society of Questioned Document Examiners / Southwestern Association of Forensic Document Examiners joint meeting).

*"Challenging Signatures Workshop,"* A. Frank Hicks, Kirsten Singer presenters; Victoria, BC; September 1, 2010 (at American Society of Questioned Document Examiners / Southwestern Association of Forensic Document Examiners joint meeting).

"Signature Examination Workshop - Complex Issues and Common Problems," Dennis Ryan, Dave Oleksow presenters; Philadelphia, PA; August 20, 2011 (sponsored by the American Board of Forensic Document Examiners).

"Using Adobe Photoshop in a QD Workflow," George Reis, presenter; Philadelphia, PA; August 21-22, 2011 (at American Society of Questioned Document Examiners meeting).

"Printing Process Identification for Forensic Document Examiners," Scott Walters, Jeffrey Payne, presenters; Philadelphia, PA; August 24, 2011 (at American Society of Questioned Document Examiners meeting).

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                                 Page 7 (revised 10/2024)

*"Managing Human Factors in the Forensic Sciences,"* Scott Shappell, presenter; Charleston, SC; August 19, 2012 (at American Society of Questioned Document Examiners meeting).

*"Kinematic Features of Signature Writing in Persons with Alzheimer's Disease,"* Dr. Michael Caligiuri, Dr. Linton Mohammed, presenters; Charleston, SC; August 22, 2012 (at American Society of Questioned Document Examiners meeting).

*"Measurement Science and Standards in Forensic Handwriting Analysis Conference,"* National Institute of Standards and Technology / United States Department of Commerce; Gaithersburg, MD; June 4-5, 2013

*"Questioned Documents: Conclusion Scales and Logical Inference,"* Brent Ostrum, presenter; Indianapolis, IN; August 25, 2013 (at American Society of Questioned Document Examiners meeting).

*"Forensic Examination of Digital Signatures Workshop,"* William Flynn and Kathleen Annunziata Nicolaides, presenters; Indianapolis, IN; August 27, 2013 (at American Society of Questioned Document Examiners meeting).

*"Challenging Signatures Workshop,"* A. Frank Hicks, presenter; Indianapolis, IN; August 28, 2013 (at American Society of Questioned Document Examiners meeting).

*"Skilled Freehand Signature Simulation Workshop,"* Lloyd Cunningham, Dr. Linton Mohammed, presenters; Honolulu, HI; August 11-12, 2014 (at American Society of Questioned Document Examiners meeting).

*"Adobe, Digital Media & Evidence Workshop,"* John Penn, II, presenter; Honolulu, HI; August 13, 2014 (at American Society of Questioned Document Examiners meeting).

*"Signature and Handwriting Conclusion Terminology and Scales Panel,"* Sandra Ramsey Lines, Tom McAlexander, Ted Burkes, Rigo Vargas, Brent Ostrum, Audrey Giles, Robert Radley, John Welsh, Anna Molin, Wil Fagel, Charles Berger, Abdulaziz Al-Musa Alkahtani, Saqar Alzaabi, Gideon Dabi, Jannie Bester, Linda Liu, Patrick Cheng, Chris Anderson, Steven Strach and Kylie Jones panel members; Honolulu, HI; August 14, 2014 (at American Society of Questioned Document Examiners meeting).

*"Validity, Reliability, Accuracy and Bias in Forensic Signature Identification,"* Dr. Mara L. Merlino and Dr. Tierra M. Freeman, presenters; Honolulu, HI; August 15, 2014 (at American Society of Questioned Document Examiners meeting).

*"Characteristics of Fountain Pen Writing,"* Lloyd W. Cunningham, presenters; Toronto, Ontario, Canada; August 11, 2015 (at American Society of Questioned Document Examiners meeting).

*"Principles of Forensic Examination of Arabic Signatures,"* Mohammed Aloyoni and Dr. Abdulaziz Alkahtani presenters; Toronto, Ontario, Canada; August 12, 2015 (at American Society of Questioned Document Examiners meeting).

# JOHN PAUL OSBORN
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                                        Page 8 (revised 10/2024)

"*Measuring the Frequency Occurrence of Handwriting and Hand Printing Characteristics,*" Thomas Vastrick, Dr. Mark Johnson, Ellen Schuetzner, Dr. Michele Boulanger; Pensacola Beach, Florida; August 20, 2016 (at American Society of Questioned Document Examiners meeting).

"*Sequence of Entries Determination – New Approach to Additional Print,*" Martina Lunakova, Petra Moracova; Pensacola Beach, FL; August 24, 2016 (at American Society of Questioned Document Examiners meeting).

"*Forensic Science Research: Your Mission to Propose, Innovate and Collaborate,*" Heather Waltke, Gerald LaPorte, Lisa Hanson and Melissa Taylor; San Diego, California; August 28, 2017 (at American Society of Questioned Document Examiners meeting).

"*Chinese Handwriting and Signatures Workshop: Hanzi through the Eyes of the Forensic Document Examiner,*" Chiew Yung Yang and Chin Chin Lim; San Diego, California; August 31, 2017 (at American Society of Questioned Document Examiners meeting).

"*VSC & ESDA Technology: Explaining to the Layperson,*" Jim Lee, San Diego, California; September 1, 2017 (at American Society of Questioned Document Examiners meeting).

"*The Greatest Forger to Ever Get Caught,*" Bill Flynn, George Throckmorton and Steve Mayfield; Park City, Utah; August 19, 2018 (at the joint meeting of American Society of Questioned Document Examiners and Southwestern Association of Forensic Document Examiners).

"*Introduction to Handwriting Features Common to Hispanic Writers of Latin American Origin,*" Manny Gonzales; Park City, Utah; August 21, 2018 (at the joint meeting of American Society of Questioned Document Examiners and Southwestern Association of Forensic Document Examiners).

"*Write-On 3.0 Workshop,*" Brian Lindblom and Pierre Goudreault; Baltimore, MD; February 19, 2019 (at the American Academy of Forensic Sciences meeting).

"*Overview of Digital Examination Techniques and Remote Case Review,*" Lt. Mark Goff; Covid19 Virtual Meeting; August 11, 2020 (at the American Society of Questioned Document Examiners meeting).

"*Opinion Measurement Workshop,*" Prof. Mara Marlino, Veronica Hahir, Charles Edwards, Samiah Ibrahim and Jonathan Jackson Morris; Covid19 Virtual Meeting; August 13, 2020 (at the American Society of Questioned Document Examiners meeting).

"*Complete Introduction to Digitally Captured Signatures,*" Nikolaos Kalantzis; Covid 19 Virtual Meeting, February 15, 2021 (at the American Academy of Forensic Sciences meeting).

"*Demonstrative Evidence in the Courtroom, An evaluation and Discussion of Probative and Prejudicial Characteristics of Demonstrative Visual Aids,*" Prof. Mara Merlino, Tobin Tanaka and Samiah Ibrahim; Covid 19 Virtual Meeting, August 10, 2021 (at the American Society of Questioned Document Examiners meeting).

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                              Page 9 (revised 10/2024)

*"Pressure Training Calibration Workshop for Digitally Captured Signatures,"* Nikolaos Kalantzis; Covid 19 Virtual Meeting; August 12, 2021 (at the American Society of Questioned Document Examiners meeting).

*"Examination Basics for Adobe PDF Files,"* Brent Ostrum; Covid 19 Virtual Meeting; August 12, 2021 (at the American Society of Questioned Document Examiners meeting).

*"Some Basics on FDE Examination of PDF Documents,"* Joseph Parker and Charlotte Ware, San Antonio, Texas; August 8, 2022 (at the American Society of Questioned Document Examiners 80th Annual Meeting – held jointly with the Southwestern Association of Forensic Document Examiners)

*"Special Topics in QD for the 21st Century,"* Lloyd Cunningham and Dr. Linton Mohammed; San Antonio, Texas; August 9, 2022 (at the American Society of Questioned Document Examiners 80th Annual Meeting – held jointly with the Southwestern Association of Forensic Document Examiners)

*"The Robert Durst Case: Revisiting Myths of Handprinting Examinations,"* Lloyd Cunningham, Dr. Linton Mohammed; San Antonio, Texas; August 10, 2022 (at the American Society of Questioned Document Examiners 80th Annual Meeting – held jointly with the Southwestern Association of Forensic Document Examiners)

*"What Lies Beneath: Peeling Back the Layers on Forensic Document Evidence,"* Roberto King, Richard Wilson and Beth McMurchie; San Antonio, Texas; August 10, 2022 (at the American Society of Questioned Document Examiners 80th Annual Meeting – held jointly with the Southwestern Association of Forensic Document Examiners)

*"Memorabilia, Authentications and the FDE-How do we fit in,"* Grant Sperry, John House and Stephen Rocchi; San Antonio, Texas; August 10, 2022 (at the American Society of Questioned Document Examiners 80th Annual Meeting – held jointly with the Southwestern Association of Forensic Document Examiners)

*"Taking Advantage of DCS Technology & Applying it to Pen and Paper Casework,"* Nikolaos Kalantzis; New York, NY; August 8, 2023 (at the American Society of Questioned Document Examiners 81st Annual Meeting held in John Jay College of Criminal Justice)

*"DCS Visualizations: From Numbers to Images to Numbers Again,"* Nikolaos Kalantzis; New York, NY; August 9, 2023 (at the American Society of Questioned Document Examiners 81st Annual Meeting held in John Jay College of Criminal Justice)

**PUBLICATIONS:**

Osborn, J. P., "*Fraudulent Photocopy of a Promissory Note,*" Journal of Forensic Sciences, JFSCA, Vol. 32, No. 1, Jan. 1987, pp. 282-284.

Osborn, J. P., *"Historical Review on* 'The Relation of Light to the Proof of Documents' *by Albert S. Osborn,"*

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                                      Page 10 (revised 10/2024)

Journal of the American Society of Questioned Document Examiners, JASQDE, Vol. 1, No. 2, Dec. 1998, p. 130.

Osborn, J. P., "*Historical Review on* 'The Abuses of Expert Testimony and the Development of the Expert Witness' *and* 'Errors in Verdicts Based on Handwriting Testimony' *by Albert S. Osborn,*" Journal of the American Society of Questioned Document Examiners, JASQDE, Vol. 3, No. 2, December 2000, pages 91 and 95.

Osborn, J. P., *"Historical Review on* 'Questioned Documents' *by Albert S. Osborn and Albert D. Osborn,"* Journal of the American Society of Questioned Document Examiners, JASQDE, Vol. 5, No. 1, June 2002, p.39.

Osborn, J. P. (as Working Group Member), *Forensic Handwriting Examination and Human Factors: Improving the Practice Through a Systems Approach*, The Report of the Expert Working Group for Human Factors in Handwriting Examination, National Institute of Standards and Technology (United States Department of Commerce), 2019.

**RESEARCH and OTHER PAPERS:**

"*Introducing the Brother EP-20*" American Society of Questioned Document Examiners Annual Meeting, Crystal Bay, Nevada, September 11-15, 1983

"*Questioned Document Examiners in re: State of New Jersey vs. Bruno Richard Hauptmann*" (Co-Authored with P.A. Osborn) American Academy of Forensic Sciences Annual Meeting, Anaheim, California, February 21-25, 1984

"*Writing Instruments' Effects on Traced Signatures*"
American Society of Questioned Document Examiners Annual Meeting, Nashville, Tennessee, May 20-24, 1984

"*Fraudulent Photocopy: On Another Silver Platter*"
American Academy of Forensic Sciences Annual Meeting, New Orleans, Louisiana, February 10-15, 1986

"*Prioritizing and Implementing a Computer Filing Data Base for the Private Practice Document Examiner*"
American Academy of Forensic Sciences Annual Meeting, San Diego, California, February 16-21, 1987

"*A Study of Gasoline Credit Card Receipt Signatures Affected By Adverse Conditions*"
American Academy of Forensic Sciences Annual Meeting, Philadelphia, Pennsylvania, February 15-20, 1988
"*Problem of Proof: Transfer of Impressions from Carbon Paper*"
American Society of Questioned Document Examiners Annual Meeting, Washington, D.C., August 26-30, 1989

"*Unexplainable Variations in Signatures"* (Co-Authored with P.A. Osborn)
American Society of Questioned Document Examiners Annual Meeting, San Jose, California, August 25-29, 1990

**JOHN PAUL OSBORN**
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                               Page 11 (revised 10/2024)

"When Qualified Document Examiners Disagree" (Co-Authored with Gregory McNally)
American Society of Questioned Document Examiners Annual Meeting, Long Beach, California, August 20-24, 1994.

*"State of New York v Sante Kimes and Kenneth Kimes - The Role of Forensic Document Examination in a Murder Case,"* American Society of Questioned Document Examiners Annual Meeting, Montreal, Quebec, Canada, August 11-16, 2005.

*"Archiving Cases Digitally in a Small Private Practice,"* American Society of Questioned Document Examiners Annual Meeting, Asheville, NC, August 16-21, 2008.

*"Two Case Studies on Problems of Document Alteration,"* American Society of Questioned Document Examiners / Southwestern Association of Forensic Document Examiners joint annual meeting, Victoria, British Columbia, Canada, August 28 – September 2, 2010.

"*Forensic Document Examination: A Brief History,*" Measurement Science and Standards in Forensic Handwriting Analysis Conference, Gaithersburg, MD, June 4-5, 2013.

*"The Effect of Limiting Factors on the Application of Standards for Conclusion Terminology"* (Co-Presented with Kelsey L. Osborn) American Society of Questioned Document Examiners, Atlanta, Georgia August 25th – 28th, 2024.

**PANELS**

Panel Member *"Roundtable Discussion: US v. Starzecpyzel"* (jointly presented with Gus Lesnevich) Northeastern Association of Forensic Scientists, Mystic, Connecticut, October 25-28, 1995.

Panel Member *"Ethical Practice in the Forensic Science"* (Paul A. Osborn, Moderator)
American Academy of Forensic Sciences, 49th Annual Meeting, New York, NY, February 17-22, 1997.

Panel Member *"Body of Evidence: How Criminal Defendants' Bodies Become Part of the Evidence at Trial,"* New York City Bar Center for Continuing Legal Education, New York, NY, September 10th, 2007.

Presenter and Moderator *"Almeciga v. Center for Investigative Reporting,"* American Society of Questioned Document Examiners meeting; Pensacola, Florida; August 23, 2016.

Panel Member *Human Factors in Handwriting Examination,"* joint meeting of American Society of Questioned Document Examiners and Southwestern Association of Forensic Document Examiners; Park City, Utah; August 22, 2018.

**INSTRUCTION/LECTURES:**

Lecturer *Forensic Document Examination: Fundamentals of Submitting Writing Problems to the Examiner*,

# JOHN PAUL OSBORN
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**  Page 12 (revised 10/2024)

New York County District Attorney's Office Continuing Legal Education Lecture Series, New York, NY, November 8, 2006.

Lecturer *Forensic Document Examination: Special Capabilities and Instrumentation*, New York County District Attorney's Office Continuing Legal Education Lecture Series, New York, NY, January 17, 2007.

Co-Lecturer (with Peter V. Tytell) *Forensic Document Examination: Mechanically Produced Document Examination*, New York County District Attorney's Office Continuing Legal Education Lecture Series, New York, NY, May 2, 2007.

Training supervisor for forensic document examiner trainee *Kevin P. Kulbacki*, June 2012 – June 2014 (Mr. Kulbacki, successfully completed certification testing with the American Board of Forensic Document Examiners and was granted certification in August of 2015, thereafter accepting positions with the South Carolina State Law Enforcement Division and then the Internal Revenue Service. Mr. Kulbacki is currently in private practice with his firm KDX Forensic Consulting in Chicago, IL.

Lecturer *Forensic Examination of Signatures*, Union County Board of Elections, Elizabeth, NJ, August 20, 2015.

Lecturer *Forensic Document Examination*, New Jersey Bar Association, White Collar Crime Sub-Committee of the Criminal Law Section, New Brunswick, NJ, February 3, 2016.

Lecturer *Introduction to Forensic Science: Forensic Document Examination*, Virtual Presentation at the University of Central Oklahoma Forensic Science Institute (2020, 2021, 2022).

Lecturer *Introduction to Forensic Science FRSC 201 (Dr. David Fisher)*, New Jersey Institute of Technology; Newark, NJ; (2019, 2021, 2023 and on-site class visit 2023).

Training supervisor for forensic document examiner trainee *Kelsey Lynn Osborn*, June 2019 – present (Ms. Osborn is a 2019 BS degree conferee in Forensic Science and BA degree conferee in English from the University of Central Oklahoma). Ms. Osborn completed her required 24 month training period and is currently seeking certification.

Lecturer *When Are Expressions of Certainty Appropriate in the Elimination of a Signatory*, Clue4 Evidence Foundation of India, Covid19 Virtual Lecture, May 23, 2020.

Adjunct Instructor, *Introduction to Forensic Document Examination* (undergraduate elective), New Jersey Institute of Technology Forensic Science Department, Fall Semester 2024.

**PROFICIENCY TESTING:**

Collaborative Testing Services – Forensics Proficiency Testing – 524 Handwriting Examination (2021), U9454A Handwriting Examination – Digital (2022), 23-245 Handwriting Examination (2023).

# JOHN PAUL OSBORN
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                               Page 13 (revised 10/2024)

**OTHER RELATED EXPERIENCE and SERVICE:**

New Jersey Supreme Court, Office of Attorney Ethics, District VIII (Middlesex County, NJ) Public Member (non-attorney) 2018 – 2022, 2023 - Present

**INSTRUCTION/GENERAL EDUCATION/CONSULTATION/BROADCAST APPEARANCE:**

Chase Manhattan Bank (Teller Supervisors Seminar)
Brooklyn (Kings County, NY) Bar Association
New York State Association of Insurance Fraud Investigators
Queens County (NY) Bar Association Forensics Fair
Eastern Claims Conference Fraud and Death Claims Panel
The Family Historian (local access cable program, Northern NJ)
Good Morning America ABC
Dateline NBC NBC
48 Hours CBS
48 Hours Mystery CBS
"Brooklyn DA" CBS
The Montel Williams Show WB
"Jinx – The Life and Deaths of Robert Durst" (2015 documentary directed by Andrew Jarecki for HBO)
Susquehanna University (visiting alumni presenter)
Montclair High School Adult School (NJ)
High School for Legal Studies (NYC) Career Fair
Wilson Area High School Forensic Science Club (PA)
South Plainfield High School Forensic Science Classes (NJ)
Dunellen High School Forensic Science Classes (NJ)
Rutgers Preparatory School Forensic Science Classes (NJ)
West Caldwell High School Forensic Science Classes (NJ)

**COURT QUALIFICATIONS and EXPERT TESTIMONY EXPERIENCE:**

NEW YORK:
Bronx County Housing Court
Kings County Family Court (Brooklyn)
Kings County Surrogate's Court (Brooklyn)
Kings County Landlord Tenant Court (Brooklyn)
Kings County Civil Court (Brooklyn)
Kings County Criminal Court (Brooklyn)
Kings County Grand Jury (Brooklyn)
Mount Vernon Civil Court
Nassau County Surrogate's Court (Mineola)
New York County Civil Court (Manhattan)
New York Supreme Court (Bronx)
New York County Criminal Court (Manhattan)

# JOHN PAUL OSBORN
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                     Page 14 (revised 10/2024)

New York State Worker's Compensation Board (Binghamton)
New York Supreme Court (Brooklyn)
New York City Department of Housing Preservation and Development Hearing Room
New York County Landlord Tenant Court (Brooklyn)
New York Family Court (Manhattan)
New York Supreme Court (Manhattan)
New York City Office of Administrative Trials & Hearings
New York County Surrogate's Court
New York County Grand Jury (Manhattan)
Queens County Criminal Court (Kew Gardens)
Queens County Surrogates Court (Kew Gardens)
Rensselaer County Criminal Court (Grand Jury)
Richmond County Surrogate's Court (Staten Island)
Village of Scarsdale Criminal Court
Suffolk County Civil Court (Riverhead)
Suffolk County Grand Jury (East Islip)
Suffolk County Criminal Court (Central Islip)
Westchester County Criminal Court (White Plains)

NEW JERSEY:
Jersey City Municipal Court
Mercer County Surrogates Court (Trenton)
Newark Office of Administrative Law
New Jersey Superior Court (Flemington)
New Jersey Superior Court (Hackensack)
New Jersey Superior Court (Freehold)
New Jersey Superior Court (Morristown)
New Jersey Superior Court (Mount Holly)
New Jersey Superior Court (Newark)
New Jersey Superior Court (New Brunswick)
New Jersey Superior Court (Somerville)
New Jersey Superior Court (Belvidere)
New Jersey Superior Court (Jersey City)
New Jersey Superior Court (Atlantic City)
New Jersey Superior Court (Elizabeth)
Office of Attorney Ethics (Newark)

CONNECTICUT:
Westport Probate Court

CALIFORNIA:
California Superior Court, Contra Costa County (Martinez)

FEDERAL:

# JOHN PAUL OSBORN
1273 Bound Brook Road, Suite 15, Middlesex, NJ 08846
732-667-5888 (tel), 732-200-3354 (fax)
JPOSBORN@aol.com (email), www.osbornandson.com (website)

**DETAILED RESUME**                                             Page 15 (revised 10/2024)

United States Federal Court, Southern Dist. of NY (Criminal Part Manhattan)
United States Federal Court, Southern Dist. of NY (Civil Part Manhattan)
United States Federal Court, Eastern District of New York (Criminal Parts Brooklyn, Uniondale and Hauppauge)
United States Federal Court, District of New Jersey (Criminal Parts Newark and Camden, Civil and Criminal Parts in Trenton)
United States Federal Court, Northern District of Illinois, Eastern Division (Civil Part Chicago)
United States Federal Court, Central District of California (Criminal Part Los Angeles)

INTERNATIONAL:
Ontario Superior Court (Ottawa, Ontario, Canada)
High Court of Justice (Republic of Trinidad and Tobago)

ARBITRATION:
American Arbitration Association (New York)
American Arbitration Association (Philadelphia)
Office of Impartial Chairman, Hotel Trades Industry of New York
American Stock Exchange
New York Stock Exchange
National Association of Security Dealers (New York)
National Association of Security Dealers (Southfield, MI)
Financial Industry Regulatory Authority (Boca Raton, FL)