

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS/ADR
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 3, 2025

<u>By ECF</u>
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Linda Sun, et al.
     <u>Criminal Docket No. 24-346 (S-2) (BMC)</u>

Dear Judge Cogan:

  The government hereby notifies the Court of its filing today, via the Classified Information Security Officer, of a classified *ex parte*, *in camera* letter.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

       By: /s/
          Alexander A. Solomon
          Robert M. Pollack
          Amanda Shami
          Andrew D. Reich
          Assistant U.S. Attorneys
          (718) 254-7000

Cc: Clerk of the Court (by ECF)
   Defense counsel (by ECF)