

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS/RMP/ADR/AS<br>F. #2021R00600 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

September 10, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Linda Sun, et al.
                Criminal Docket No. 24-346 (S-3) (BMC)

Dear Judge Cogan:

      The government respectfully writes to respond briefly to the defendants' submission of yesterday evening concerning the parties' proposed jury questionnaire. *See* ECF Dkt. No. 163. While counsel did not indicate to the government that it would be making an argumentative submission about the joint questionnaire it was submitting on behalf of the parties, despite the government's having asked to review and confer on the language of the joint submission, the government would be happy to provide such a submission if the Court would find it helpful.

      The government endeavored to preserve as many of the defendants' questions as possible while following the Courts direction that the questionnaire be concise and not overly burdensome. The government's edits were an effort to streamline and pare down the questionnaire, reduce administrative burden on the parties and the Court, and remove excessive and irrelevant questions. For example, the government proposed reducing multiple questions on the same topic, questions that were irrelevant to the case, and questions that would create

significant burden while providing very little insight, such as the question requiring prospective jurors to list the details of every trip abroad they have ever taken.[1]

        The government is happy to provide a more detailed response should the Court find it helpful.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Alexander A. Solomon
Robert M. Pollack
Andrew D. Reich
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000

Cc:   Clerk of the Court (by ECF)
       Defense counsel (by ECF)

---

[1] In this respect, and as another example, the government suggested combining, in the interest of efficiency, the defendants' proposed question about exposure to press releases and their proposed question about exposure to media coverage; counsel opposed the edit and now represents to the Court that the government is opposed to asking prospective jurors whether they have seen any press releases about the case. The government does not oppose such a question.

2