

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/RMP/ADR/AS
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

September 19, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Linda Sun, et al.
     Criminal Docket No. 24-346 (S-3) (BMC)

Dear Judge Cogan:

   The government writes with a brief request regarding the jury questionnaire ordered by the Court yesterday. *See* ECF No. 175. Because defendant Linda Sun has never been an elected official, the government respectfully requests that, in Questions 32 and 52, the phrase "elected official" be replaced with "government official." The government submits that this wording will more accurately reflect Sun's former positions and avoid confusion among potential jurors.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

        By:  /s/
            Alexander A. Solomon
            Robert M. Pollack
            Andrew D. Reich
            Amanda Shami
            Assistant U.S. Attorneys
            (718) 254-7000

Cc: Clerk of the Court (by ECF)
   Defense counsel (by ECF)