

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS/ADR
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 22, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Linda Sun, et al.
Criminal Docket No. 24-346 (S-3) (BMC)

Dear Judge Cogan:

The government respectfully submits this letter to memorialize that it has arranged to provide to counsel for the defendants, with the assistance of the Classified Information Security Officer ("CISO"), the classified information that the Court directed the government to produce via a classified, *ex parte* order dated August 26, 2025, and an ECF Order dated September 4, 2025. This information is being provided pursuant to the Protective Order Regarding Classified Information entered on September 12, 2025 (ECF No. 169).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Alexander A. Solomon
Robert M. Pollack
Amanda Shami
Andrew D. Reich
Assistant U.S. Attorneys
(718) 254-7000

Cc: Clerk of the Court (by ECF)
Defense counsel (by ECF)