

**JARROD L. SCHAEFFER**
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

October 2, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)

Your Honor:

    We represent Linda Sun in the above-referenced matter and write respectfully on behalf of both defendants. This afternoon, the government filed a fourth superseding indictment. (Dkt. 184 ("S-4").) It is the fifth indictment filed in this case. (*See* Dkts. 4, 65, 116, 158.) Trial is currently scheduled to begin in 32 days on November 3, 2025.

    Ms. Sun respectfully renews her motion to dismiss with respect to the S-4 and Chris Hu again joins that motion as before. (*See* Dkts. 144–46, 160, 179.) For all of the reasons stated therein, relief should be granted. The defendants further request that they be arraigned on the S-4 at the final pretrial conference scheduled for October 20, 2025, which was the date on which the defendants were to be arraigned on the prior superseding indictment.

                                        Respectfully submitted,

                                        Jarrod L. Schaeffer

                                        ABELL ESKEW LANDAU LLP
                                        256 Fifth Avenue, 5th Floor
                                        New York, NY 10001
                                        (646) 970-7339
                                        jschaeffer@aellaw.com

                                        *Counsel for Linda Sun*

cc:        Counsel of Record (via ECF)