# BRACEWELL

October 11, 2025

**By ECF**

Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Linda Sun, and Chris Hu,* 24-CR-346 (S-4) (BMC) (JRC)

Dear Judge Cho:

      We respectfully request that the Court reschedule the telephonic status conference for Wednesday, October 15th at 10:30 a.m. to Thursday, October 16th, at 3 p.m. or Friday, October 17th at 10 a.m., 11:30 a.m. or 3 p.m. Unfortunately, we have a conflict that will prevent us from attending the status conference at the currently scheduled time.

      We have conferred with counsel for Ms. Sun and the government, and they are available at the dates and time requested above.

Respectfully,

/s/ Seth D. DuCharme

Seth D. DuCharme
Nicole Boeckmann

cc: Counsel of Record (via ECF)

Mr. Seth D. DuCharme
Partner

T: +1.212.508.6165     F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com     bracewell.com

AUSTIN   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   PARIS   SAN ANTONIO   SEATTLE   WASHINGTON, DC