

KENNETH M. ABELL
646-970-7341 (direct dial)
kabell@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

October 24, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)

Your Honor:

      We represent Linda Sun in the above-referenced matter and respectfully submit this letter in connection with the Consent Protective Order entered by the Court on September 12, 2025. Dkt. Entry 169. At the time the Court entered the Order, the undersigned – who is one of the defense attorneys referenced in Paragraph 5 of the Order and is authorized to have access to certain classified information in this case – did not submit a Memorandum of Understanding as an exhibit to the Protective Order but wishes to do so now. See Exhibit 1 hereto.

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                               Kenneth M. Abell

                                               ABELL ESKEW LANDAU LLP
                                               256 Fifth Avenue, 5th Floor
                                               New York, NY 10001
                                               (646) 970-7341
                                               kabell@aellaw.com

cc:      Counsel of Record (via ECF)