

**JARROD L. SCHAEFFER**
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

November 3, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)

Your Honor:

      Pursuant to Administrative Order No. 2025-02, counsel for Linda Sun respectfully request that Charlotte Woods, a paralegal expected to assist with Ms. Sun's defense during trial, be permitted to bring one (1) cellphone and one (1) laptop computer to all proceedings in the above-captioned matter for the duration of Ms. Sun's trial. Counsel respectfully submits that allowing Ms. Woods to have access to these devices during trial will be helpful and beneficial to the defense, including because it will allow coordination regarding exhibits and other case documents and in light of the voluminous electronic discovery in this case.[1]

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      *Jarrod L. Schaeffer*

Jarrod L. Schaeffer

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

cc:    Counsel of Record (via ECF)

---

[1] No electronic device permitted pursuant to this letter will be used for any purpose prohibited by Local Civil Rule 1.8, which is made applicable here by Local Criminal Rule 1.1.