

|  | U.S. Department of Justice |
|---|---|
|  | *United States Attorney*<br>*Eastern District of New York* |
| AAS/RMP/AS/ADR<br>F. #2021R00600 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

November 4, 2025

By Hand and ECF

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

   Re: United States v. Sun, et. al.
      Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

  This letter will be accompanied by a drive of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

  The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
|---|---|
| EDNY_153450 | Forensic Image of Silver Apple iMac All in One Desktop Computer, Model A1419, Serial Number C02T2312GG7L that was seized at the Sun and Hu Residence |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

        Very truly yours,

        JOSEPH NOCELLA, JR.
        United States Attorney
        Eastern District of New York

By:   /s/ Alexander A. Solomon
       Alexander A. Solomon
       Robert M. Pollack
       Amanda Shami
       Andrew D. Reich
       Assistant U.S. Attorneys
       (718) 254-7000