**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

LINDA SUN, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and
CHRIS HU,

        Defendants.

Case No. 24 Cr. 346 (S-4) (BMC)

---

## NOTICE OF CLASSIFIED LETTER AND PROPOSED STIPULATION IN ADVANCE OF TRIAL

      Ms. Sun and Mr. Hu, through their attorneys Jarrod Schaeffer and Seth DuCharme, jointly file this Notice of Classified Letter and Proposed Stipulation in Advance of Trial. Today, November 6, 2025, Ms. Sun and Mr. Hu jointly filed via the Classified Information Security Officer.

Dated: November 6, 2025

Respectfully submitted,

/s/ *Jarrod L. Schaeffer*
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

*Attorney for Linda Sun*

/s/ *Seth D. DuCharme*
Seth D. DuCharme
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY 10019
(212) 508-6100
seth.ducharme@bracewell.com

*Attorney for Chris Hu*

IM-#10893327.1

-2-

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, I electronically filed the above Notice of Classified Letter and Proposed Stipulation in Advance of Trial using the Court's electronic filing system, and an electronic notification of the same was sent automatically to all counsel of record.

/s/ *Seth D. DuCharme*

Seth D. DuCharme

IM-#10893327.1