

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM:AAS/RMP/ADR/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 7, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Linda Sun, et al.
                Criminal Docket No. 24-346 (S-4) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter to correct a labeling error in its November 5, 2025 motion for reconsideration. *See* ECF No. 248. On Page 4 of the motion, the sentence that reads:

- "As alleged in the S-4 Indictment, Sun misrepresented to procurement officials that the Associate Company 'came recommended by Jiangsu Department of Commerce' when she knew that it had not."

      Should instead read:

- "As alleged in the S-4 Indictment, Sun misrepresented to procurement officials that the **Cousin** Company 'came recommended by Jiangsu Department of Commerce' when she knew that it had not."

The government apologizes for the error and thanks the Court for its consideration.

                                    Respectfully submitted,

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney

By:          /s/
                         Alexander A. Solomon
                         Robert M. Pollack
                         Andrew D. Reich
                         Amanda Shami
                         Assistant U.S. Attorneys
                         (718) 254-7000

cc:    Clerk of the Court (by Email and ECF)
       Defense counsel (by Email and ECF)