

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 7, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Linda Sun, et al.
            Criminal Docket No. 24-346 (S-2) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter to memorialize that earlier today, it made a classified submission via hand delivery coordinated with the Classified Information Security Officer and Your Honor's Chambers.

                                   Respectfully submitted,

                                   JOSEPH NOCELLA, JR.
                                   United States Attorney

                      By:   /s/
                            Alexander A. Solomon
                            Robert M. Pollack
                            Amanda Shami
                            Assistant U.S. Attorneys
                            (718) 254-7000

Cc:   Clerk of the Court (by ECF)
        Defense counsel (by ECF)