UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                v.                                                 Criminal No. 24-346 (BMC)

LINDA SUN,

a/k/a "Wen Sun," "Ling Da Sun," and
"Linda Hu," and

CHRIS HU,

                Defendants.
-----------------------------------------------------X



## THE HONORABLE BRIAN M. COGAN
### UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK
### 225 CADMAN PLAZA EAST
### BROOKLYN, NEW YORK



## **IMPORTANT**
**Jurors are instructed to call <u>1-800-587-6775</u>**
**on <u>Friday, November 7, 2025</u> after 5:00 PM**
**for further reporting instructions.**

## Juror Information

THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE.

**Please print the following information:**

Name: _____

Address: _____

_____

_____

Social Security Number: _____

Home Telephone: _____

Work Telephone: _____

Cell Phone: _____

**WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE, PLEASE COMPLETE THE FOLLOWING DECLARATION:**

## DECLARATION

**I solemnly state that the answers to the questions set forth in the attached questionnaire are, to the very best of my ability, true and correct.**

**Date: _____**                    _____

**(Signature)**

i

JUROR #_____

<u>UNITED STATES v. LINDA SUN AND CHRIS HU</u>

<u>JUROR QUESTIONNAIRE INSTRUCTIONS</u>

Welcome to the courthouse and thank you for participating in jury service.  You are here today for one purpose only: to complete a juror questionnaire.  The trial and jury selection process will not start today.  Once you have completed the questionnaire, you are done for the day.  You will be given instructions before you leave about when to return for jury service.

This questionnaire is an important part of the jury selection process.  You are sworn to give complete and truthful answers – under penalty of perjury – to the questions that follow.  All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams, including the defendants.  When you return for the trial itself, you may be asked some follow-up questions about your responses.

Citizens in our community hold different views and have had different life experiences that inform those views.  We are genuinely interested in learning your views and feelings on a variety of issues.  There are no "right" or "wrong" answers to these questions; just answer honestly and completely.   Please answer each question by placing a check next to the correct response and by providing the information requested.  Take your time and answer each question as fully as possible.  Answer all questions.  **Do not leave any answer blank.**  If a question does not apply to you, fill in the space with an "N/A" for "not applicable."  If you cannot answer a question because you do not understand it or do not know the answer, fill in the space with "Do Not Understand" or "Do Not Know."  Write in dark ink and as legibly as possible.  If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

It is important that the jury in no way be influenced by the public or the media.  Do not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else.  The answers that you provide must be yours and yours alone.  From this point forward, do not read or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, blogs, or social media.  Do not discuss this case with anyone, including your family.  Do not discuss or post anything about this case on any platform, including TV, radio, newspaper, websites, logs, or social media.  Do not research this case, the people involved, any of the facts presented in this questionnaire, any prior court proceedings, the lawyers and/or the Judge.  This includes research conducted on the internet or through any other source of information.  If you do read, listen, watch, or overhear information about this case from any sources outside the courtroom, you must notify courtroom staff immediately.

Jury service is one of the most important duties a citizen can be called on to perform.  You will fulfill that civic duty by responding completely and honestly during jury selection.  The Court appreciates your participation and cooperation.

*James R. Cho*
_____
JAMES R. CHO
United States Magistrate Judge

JUROR # _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LINDA SUN,

    a/k/a "Wen Sun," "Ling Da Sun," and "Linda
Hu," and

CHRIS HU,

                *Defendants*.

24 Cr. 346 (BMC)

**THE HONORABLE BRIAN M. COGAN**
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

## SUMMARY OF THE CHARGES

This is a criminal case.  Linda Sun worked in various positions in New York State government over a period of years, including working as Deputy Chief Diversity Officer for Governor Cuomo and Deputy Chief of Staff for Governor Hochul.  She and her husband, Chris Hu, are charged in a nineteen-count indictment.  Both Linda Sun and Chris Hu have denied all of the charges.

Counts One and Two allege that Linda Sun conspired to violate and violated the Foreign Agents Registration Act, or "FARA," by allegedly agreeing to act and acting as an agent of the People's Republic of China (or the "PRC") without registering with the United States government.

Count Three alleges that Linda Sun committed visa fraud by presenting an allegedly falsified invitation letter to certain members of a delegation from the PRC for them to use to get visas to enter the United States.  Counts Four through Seven allege that Linda Sun brought aliens into the United States illegally, with one count for each of the delegates who obtained a visa and entered the United States.

Counts Eight through Eleven allege that Linda Sun and Chris Hu conspired to commit and committed honest services wire fraud, committed federal programs bribery, and conspired to commit offenses against the United States, by allegedly facilitating New York State's entering contracts with particular vendors without disclosing their alleged relationship to the vendors.

Counts Twelve and Thirteen allege that Chris Hu committed bank fraud and misused a means of identification by opening bank accounts in his mother-in-law's name, and misusing her name and driver's license to do so, in order to receive the proceeds of the crimes charged in Counts Eight through Twelve.

Count Fourteen alleges that Linda Sun and Chris Hu conspired to launder the proceeds of certain alleged crimes.  Counts Fifteen through Seventeen charge Chris Hu with money laundering for particular transactions involving some of that money.

Counts Eighteen and Nineteen allege that Chris Hu committed tax evasion by attempting to evade and defeat personal income tax that was due over two years.

Page 2                    Juror Number: _____

## **BACKGROUND INFORMATION**

1.  Please provide the following information:

    a.      Name? _____

    b.      Age? _____

    c.      Gender? _____

    d.      Place of birth? _____

2.  What is your current marital or relationship status? _____

3.  Where were you raised? _____

4.  Where do you currently live?  Do not include your street address.

    County/Borough: _____  Town/Neighborhood: _____

5.  How long have you lived at your current residence? _____

6.  Do you live in your home with any other people?     ❏ Yes          ❏ No

    If so, whom? (e.g., roommate, child, spouse, partner) but do not provide names:

    _____

7.  Have you ever lived in another country?      ❏ Yes          ❏ No

    If so, where and when? _____

8.  Have you ever traveled outside the United States?    ❏ Yes          ❏ No

    If so, where and when? _____

## **EMPLOYMENT AND EDUCATION**

9.  Did you earn a degree after high school?     ❑ Yes          ❑ No

    If so, what was your major? _____

10. Do you have any post-graduate degrees?     ❑ Yes          ❑ No

    If so, what are they? _____

11. What is the highest level of education you have completed? _____

12. What is your occupation (or prior occupation if retired or unemployed)? _____

    _____

    a.     Who is your employer (or prior employer if retired or unemployed)?

           _____

    b.     Do or did you supervise others in your job?  ❑ Yes          ❑ No

13. If you are married or live with someone, what is that person's occupation and who is his

    or her employer? _____

14. Do you have any children?     ❑ Yes          ❑ No

    a.     If so, how many and what age(s)? _____

    b.     If you have grown children, what are their occupations and who are their

           employers? _____

### PERSONAL AND COMMUNITY INTERESTS AND EXPERIENCES

15. What television shows do you typically watch?

_____

16. What newspapers do you typically read?

_____

17. What is your typical source of news or updates on noteworthy events?

_____

18. How often or closely do you follow the news? _____

19. Do you belong to or volunteer your time at any associations, organizations, clubs, or

unions? _____

20. What do you like to do in your spare time?

_____

21. Have you ever had prior jury service?        ❑ Yes        ❑ No

   a. If so, were you a trial juror or part of a grand jury?    ❑ Yes        ❑ No

   b. Was it a state or federal case? _____

   c. Was it civil or criminal case? _____

   d. Did the jury reach a verdict, without telling us what it was?  ❑ Yes        ❑ No

   e. Is there anything about your prior jury experience that would prevent you from

      being fair and impartial in this case?  ❑ Yes        ❑ No

      If so, please explain. _____

      _____

22. Have you, a family member, or close friend ever been involved in a civil lawsuit?

❏ Yes          ❏ No

a.  If so, what was the nature of the lawsuit? _____

b.  What was the result? _____

23. Have you or an immediate family member ever served in the military (including the

reserves, National Guard, or ROTC)?          ❏ Yes          ❏ No

a.  If yes, please indicate who and the branch of service, highest rank, dates of service,

foreign stations or tours, type of discharge, duties and any special training or

honors received. _____

_____

24. Do you speak any foreign languages?          ❏ Yes          ❏ No

a.  If yes, which language(s)? _____

b.  Would you have any difficulty relying solely on an interpreter's English

translation during court proceedings, even if you speak or read the language other

than English? ❏ Yes          ❏ No

25. Do you have difficulty reading, understanding, or speaking English?

❏ Yes          ❏ No

26. Do you have any condition or issue that would affect your ability to serve as a juror,

including difficulty hearing, seeing, reading, sitting or concentrating for long periods of

time?

❏ Yes          ❏ No

a.  If so, please describe. _____

27. Have you or anyone you know ever worked for the United States in any capacity?

❏ Yes          ❏ No

28. Have you or anyone you know ever worked for the State of New York in any capacity?

❏ Yes          ❏ No

29. Have you or anyone you know ever worked for a foreign government in any capacity?

❏ Yes          ❏ No

30. Have you or anyone you know ever participated, in any way, with any organizations that work on issues related to pro-democracy reforms in other countries?

❏ Yes          ❏ No

31. Have you ever heard of the Foreign Agents Registration Act?

❏ Yes          ❏ No

32. Do you have any strong opinions about foreign countries spending money to influence the outcome of U.S. elections or to seek political favors from U.S. government officials?

❏ Yes          ❏ No

33. Do you have any strong opinions or views about the People's Republic of China ("PRC")?

❏ Yes          ❏ No

34. Have you or anyone you know ever participated, in any way, with any organizations that work on issues regarding the PRC?

❑ Yes        ❑ No

35. Do you, your relatives, or your close friends have any connection to the PRC or its government?

❑ Yes        ❑ No

36. Do you have any strong opinions or views toward Taiwan or its policies?

❑ Yes        ❑ No

37. Have you or anyone you know ever participated, in any way, with any organizations that work on issues regarding Taiwan?

❑ Yes        ❑ No

38. Do you, your relatives, or your close friends have any connection to Taiwan or its government?

❑ Yes        ❑ No

39. Have you ever heard of the ethnic group in the PRC known as the Uyghurs?

❑ Yes        ❑ No

40. Have you or anyone you know ever participated, in any way, with any organizations that work on issues related to the Uyghur people?

❑ Yes        ❑ No

Juror Number: _____

## THE LEGAL SYSTEM, LEGAL PRINCIPLES, AND EVIDENCE

41. In this case, one of the defendants is accused of acting as an agent on behalf of PRC without registering with the Attorney General of the United States.

    a.  Do you have any opinions or views regarding the PRC that would prevent you from being impartial and rendering a determination based solely on evidence presented in this case?

       ❑ Yes      ❑ No

    b.  Do you have any opinions or views about the relationship between the United States and the PRC that would prevent you from being impartial and rendering a determination based solely on evidence presented in this case?

       ❑ Yes      ❑ No

42. Do you have any opinions or views about individuals of Chinese origin that could impact your ability to be impartial and render a determination based solely on evidence presented in this case?

   ❑ Yes      ❑ No

43. Do you have any personal or professional connections to individuals or organizations based in the PRC?

   ❑ Yes      ❑ No

44. Do you have any opinions or views about individuals accused of crimes related to national security?

   ❑ Yes      ❑ No

      Juror Number: _____

45. Do you believe that individuals accused of crimes related to national security or espionage should be entitled to the same presumption of innocence as anyone else?

❏ Yes          ❏ No

46. Information during this trial may concern certain political figures in New York.  Do you have any opinions or views regarding politicians that would prevent you from being impartial and rendering a determination based solely on evidence presented in this case?

❏ Yes          ❏ No

   a.  If so, please describe. _____

   _____

   _____

47. Do you have any opinions or views about Andrew Cuomo or people who may have worked in his administration?

❏ Yes          ❏ No

48. Do you have any opinions or views about Kathy Hochul or people who may have worked in her administration?

❏ Yes          ❏ No

49. Have you ever run for or held a political office?

❏ Yes          ❏ No

50. Do you consider yourself (a) very interested in New York politics; (b) somewhat interested in New York politics; or (c) slightly or not at all interested in New York politics? _____

51. Do you consider yourself (a) very interested in U.S. foreign relations; (b) somewhat interested in U.S. foreign relations; or (c) slightly or not at all interested in U.S. foreign relations? _____

52. Is there anything about the nature of this case, including the fact that it involves accusations of bribery and corruption by a government official and others, that would make it difficult for you to be a fair and impartial juror?

    ❏ Yes        ❏ No

53. Have you, a family member, or anyone close to you ever been employed, volunteered or had any other affiliation with any aspect of criminal prosecutions or criminal defense work (or applied or planned to apply to do so)?

    ❏ Yes        ❏ No

    a.  If yes, please indicate who, the area of law, type of work/experience, dates, and location. _____

    _____

    _____

54. Do you have any opinions about prosecutors or criminal defense attorneys?

    ❏ Yes        ❏ No

    a.  If yes, please describe. _____

    _____

55. Have you, or any close friend or relative, ever worked in law enforcement (*e.g.*, as a police officer, security guard, corrections officer in a jail or prison, or prosecutor in a local, state, or federal prosecutor's office)?

    ❏ Yes        ❏ No

56. Do you know or have any association with anyone who works for the United States Attorney's Office for the Eastern District of New York, Federal Bureau of Investigation, or the Internal Revenue Service?

❑ Yes          ❑ No

   a.  If so, please identify who and where they work.

   _____

   b.  Have you ever discussed the nature of their work?

       ❑ Yes          ❑ No

   c.  If so, generally what have you discussed?

   _____

57. Have you had any contact with anyone in law, law enforcement, the justice system, or the courts that might influence your ability to evaluate this case in any way?

❑ Yes          ❑ No

58. Have you or any member of your immediate family ever been stopped, questioned, investigated, arrested, prosecuted, or convicted of a crime (other than a traffic ticket) by any law enforcement officer or agency?

❑ Yes          ❑ No

   a.  If so, what were the circumstances and what was your reaction?

   _____

   b.  Is there anything about that experience that would impact your ability to be fair and impartial in this case?

       ❑ Yes          ❑ No

Juror Number: _____

59. Do you have, or have you ever had, a close friend or family member in prison?  If so, please explain. _____

_____

60. You will be instructed that although defendants have been indicted in this case, the indictment is no evidence of guilt whatsoever and you may not consider the fact that they have been indicted as bearing on their guilt or innocence.  Would you be able to follow that instruction?

❑ Yes          ❑ No

61. Do you have any opinions or beliefs concerning the criminal justice system that would affect your ability to be a fair and impartial juror?

❑ Yes          ❑ No

62. Have you, or any close friend or relative, ever been involved in any court proceeding, a grand jury proceeding, or any other legal proceeding as a plaintiff, defendant, victim, or witness?

❑ Yes          ❑ No

63. Have you, or any close friend or relative, ever had any legal action or dispute with the federal government, any state or local government, or any of their agencies, officers, agents, or employees?

❑ Yes          ❑ No

64. Have you, or any close friend or relative, ever filed a complaint with the police against anyone?

❑ Yes          ❑ No

65. Do you have any opinions or beliefs concerning law enforcement in general—including the Department of Justice, the Federal Bureau of Investigation, or the Internal Revenue Service—that would affect your ability to be a fair and impartial juror?

❏ Yes          ❏ No

66. The witnesses in this case may include law enforcement officers. You will be instructed that you should evaluate their credibility the same way you would any other witness, without giving them more or less credit just because they are a law enforcement witness. Would you be able to follow that instruction?

❏ Yes          ❏ No

67. You will be instructed that the defendants are presumed to be innocent of any and all crimes throughout the course of this trial, unless and until the Government proves their guilt beyond a reasonable doubt. Would you be able to follow that instruction?

❏ Yes          ❏ No

68. You will be instructed that the burden of proving guilt rests entirely with the government and no defendant ever has any obligation to prove his or her innocence. Will you be able to follow that instruction?

❏ Yes          ❏ No

69. You will be instructed that under the law, a defendant is never required to testify or offer any evidence on his or her behalf, and that if a defendant chooses not to testify, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty. Will you be able to follow that instruction?

❏ Yes          ❏ No

70. Have you seen or heard about any press releases related to this case?

❏ Yes          ❏ No

71. Have you seen or heard any media coverage of this case?

❏ Yes               ❏ No

72. Have you, at any time, read, seen, heard, discussed, written or communicated anything about this case, or anyone connected to the case, in the newspapers, on television, through the Internet, on social media, while listening to the radio, talking with other people or through any other source?

❏ Yes          ❏ No

73. This case may receive media attention.  The Court will instruct you that it is part of the oath you will take that you cannot watch television, go on the Internet, including Facebook, Twitter, Instagram or blogs, and/or listen to or watch any media coverage regarding this case, that you are not to discuss the case with family or friends until the trial and your deliberations have concluded, that you are not to discuss the case with fellow jurors until time for deliberations, and that the only information you are permitted to consider is what is presented in court.  Will you be able to follow that instruction?

❏ Yes          ❏ No

74. At the conclusion of the case the Court will charge you on the law and explain to you the elements of the crimes charged in the indictment. Do you have personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court or that would make it difficult for you to decide the defendants' guilt or innocence based on the evidence presented?

❏ Yes          ❏ No

75. Under the law, the facts are for the jury to determine and the law is for the judge to determine. You will be instructed that you are required to accept the law as the judge explains it to you, even if you do not like the law or disagree with it, and you must determine the facts according to those instructions. Will you be able to follow this instruction?

❑ Yes          ❑ No

## CONCLUDING QUESTIONS

76. Do you know of any reason whatsoever why you could not, or should not, serve as a juror in this case?

❑ Yes          ❑ No

77. Jury selection will be on November 10. The Court will not be sitting on November 11. Trial is expected to begin following jury selection on November 10 or on November 12, and to continue until mid-December with the Court sitting Monday through Thursday, but not on Thanksgiving, the Wednesday before Thanksgiving, or the Friday after Thanksgiving. Is there anything about serving on this jury that would cause you undue hardship?

❑ Yes          ❑ No

If yes, please explain. _____

_____

**PAGES 17-21 ARE FILED RESTRICTED ACCESS**

**WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE, PLEASE SIGN THE OATH BELOW.**

## <u>JUROR OATH</u>

<u>Please sign this section after completing the questionnaire.</u>

**<u>Please use your juror number, not your name</u>**.

       I hereby declare under penalty of perjury that the answers that I provide on this questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.

_____     _____

**Juror Number**                                  **Date**

**<u>ADDITIONAL COMMENTS</u>**

(Please put the question number in front of your answer)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 23                    Juror Number: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____