

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS/RMP/AS/ADR | *271 Cadman Plaza East* |
| F. #2021R00600 | *Brooklyn, New York 11201* |

November 9, 2025

<u>By Email and ECF</u>

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

   Re: <u>United States v. Sun, et. al.</u>
     <u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

  This letter will be accompanied by a link to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

  The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
|---|---|
| EDNY_153472 | Additional Certifications Pursuant to the Federal Rules of Evidence |
| EDNY_153473 | Translation of EDNY_040172 |
| EDNY_153474-EDNY_153475 | Translation of Video from the Voice of Chinese; the video is currently marked as GX 1016 |

| Bates No. | Description of Item |
|---|---|
| EDNY_153476 | Record from the NYS Office of the State Comptroller |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Amanda Shami
Andrew D. Reich
Assistant U.S. Attorneys
(718) 254-7000