# *Notice of Request to Submit Electronic Evidence*

**Case Number:** 24-CR-346 (S-4) (BMC)

**Filing Party Name:** United States of America

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**

The government is submitting to the Court (i) electronic copies of additional trial exhibits, current as of today, and (ii) additional 3500 material produced to the defense. The government reserves the right to supplement its submissions with additional exhibits and additional 3500 material.