# BRACEWELL

November 12, 2025

**BY ECF**

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Linda Sun and Chris Hu*, 24 CR-346 (S-4) (BMC)

Dear Judge Cogan:

Defendant Chris Hu, on behalf of both defendants, respectfully writes further to the defendants' letter motion, dated November 5, 2025 (Dkt. No. 246) to preclude the government from using at trial the contents of a computer (the "Computer") only recently identified as accessible to the government.

The government has not responded to the motion or provided the defense with an accessible image of the computer.

Accordingly, defendants request that the Court grant the unopposed motion and precluded any evidence obtained from the Computer at trial.


Respectfully submitted,

/s/ David A. Shargel

David A. Shargel


cc: Counsel of Record (via ECF)

**David A. Shargel**
Partner

T: +1.212.508.6154   F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
david.shargel@bracewell.com   bracewell.com

AUSTIN  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  PARIS  SAN ANTONIO  SEATTLE  WASHINGTON, DC