# BRACEWELL

November 12, 2025

**BY ECF**

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Linda Sun and Chris Hu*, 24 CR-346 (S-4) (BMC)

Dear Judge Cogan:

Defendants Linda Sun and Chris Hu write to oppose the government's motion for reconsideration regarding the presence of IRS revenue agent Richard Berzansky in the courtroom during trial.

The Court stated that "if [Agent Berzansky]'s going to give summary testimony, that's fine," and proceeded to clarify that "[i]f [Agent Berzansky]'s going to start explaining for the jury what IRS forms are, he's not a summary witness, and he can't stay." Tr. of November 12, 2025 Proceeding at 18:22-25. The government's response that "the plan was to have the revenue agent explain how his calculations fit in with the various forms." *Id.* at 19:4-6. Considering this answer, the Court, following the language of Federal Rule of Evidence 615, appropriately granted the defense's request to sequester not only Agent Berzansky, but any other testifying witness. *See id.* at 19:14.

The Court was correct in its initial ruling and there is no reason to reconsider the decision based on the alleged inconvenience to the government or Agent Berzansky. Transcripts will be produced to the parties at the end of each day of trial and each exhibit presented will also be recorded daily for the Court and parties' reference. Agent Berzansky's review of information this way would actually streamline his work rather than having to keep track of testimony and exhibits as they are offered.

Accordingly, defendants respectfully request that the Court deny the government's motion for reconsideration.

**Nicole Boeckmann**
Partner

T: +1.212.508.6103   F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
nicole.boeckmann@bracewell.com   bracewell.com

Respectfully submitted,


Nicole Boeckmann


cc: Counsel of Record (via ECF)