U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/ADR/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2025

By Hand and ECF

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Linda Sun
                Criminal Docket No. 24-346 (S-4) (BMC)

Dear Judge Cogan:

      The government respectfully requests authorization to interrupt the ongoing testimony of Jeffrey Lewis to present the testimony of three out of court witnesses, all of whom traveled to New York City from out of town and need to complete their testimony today because of previously scheduled conflicts.  The government expects that the three witnesses' testimony will conclude by lunchtime today, at which time Lewis's testimony would continue.  The government consulted with defense counsel who do not object to this request.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

By:    /s/ Alexander A. Solomon
       Alexander A. Solomon
       Robert M. Pollack
       Amanda Shami
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (by ECF)
       Defense counsel (by email)