

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS/ADR
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 11, 2025

By Email and ECF

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

      Re:    United States v. Sun, et. al.
                 Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

      This letter will be accompanied by a link to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

      The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
| --- | --- |
| EDNY_153477 | Additional Certifications Pursuant to the Federal Rules of Evidence |
| EDNY_153478 | Records from the Watch Authority LLC |
| EDNY_153479-EDNY_153514 | Records from JP Morgan Brokerage |

| Bates No. | Description of Item |
|---|---|
| EDNY_153515-EDNY_153519 | Records from the State of New York Department of Motor Vehicles |
| EDNY_153520 | Responsive Records from the Gmail Account of the person identified in the Indictment as "CC-1" and the Associated Certification |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

       Very truly yours,

       JOSEPH NOCELLA, JR.
       United States Attorney
       Eastern District of New York

   By: /s/ Alexander A. Solomon
      Alexander A. Solomon
      Robert M. Pollack
      Amanda Shami
      Andrew D. Reich
      Assistant U.S. Attorneys
      (718) 254-7000