UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE

        -against-                                           24-cr-00346-BMC

Linda Sun et al,

        Defendant.
----------------------------------------------------------------X

    **It is hereby ORDERED** that the Marshal supply proper:

( )   LODGING

(X)   SUSTENANCE
    to the (14) jurors in the above-entitled case

( )   TRANSPORTATION

( )   DURING SELECTION

( )   DELIBERATING

( )   SEQUESTERED

(X)   LUNCH

( )   OTHER _____


DATED:  Brooklyn, New York
          December 18, 2025

                                      /s/ Brian M. Cogan
                                      BRIAN M. COGAN
                                      United States District Judge