ABELL ESKEW LANDAU

**Kenneth M. Abell**
646-970-7341 (direct dial)
kabell@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

September 8, 2026

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)**

Your Honor:

We represent Linda Sun in the above-referenced matter and write to respectfully request an adjournment of her arraignment on the most recent superseding indictment, which is currently scheduled for 2:00 p.m. this Thursday, September 10, 2026 in front of the duty Magistrate Judge. We have conferred with the government and, subject to the caveats below, the government consents to this request.

The basis for this request is that an ongoing medical issue prevents our client from appearing in court this Thursday.[1] We do not yet have clarity on when that situation will be resolved; accordingly, we respectfully request that the Court set a control date for September 24, 2026, which is two weeks from the current arraignment date. The government consents to this request on the condition that prior to that date, we update the government about Ms. Sun's status and should the situation resolve significantly sooner than that date, we notify the Court and request an earlier date for the arraignment.

In connection with this adjournment request, the government also sought our consent to exclude time under the Speedy Trial Act. We believe that excluding time under these circumstances serves the ends of justice and, for that reason, join the government's request to exclude time. Given the ongoing medical issue, however, we have not had an opportunity to consult with our client about this issue.

[1] We believe that Pretrial Services provided a confidential submission to Your Honor on Friday, September 4, 2026, which provides additional detail about the medical issue. Should Your Honor require any more information, we would of course be happy to provide an *ex parte* submission.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Kenneth M. Abell*

Kenneth M. Abell

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7341
kabell@aellaw.com

cc: Counsel of Record (via ECF)

Dadreamer Wright
Magistrate Clerical Courtroom Deputy
Dadreamer_Wright@nyed.uscourts.gov (by email)