# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Joseph A. Marutollo** DATE : **9/10/26**

DOCKET NUMBER: **24CR346(BMC)** LOG#: 2:11 – 2:27

DEFENDANT'S NAME : **Chris Hu**
✓ Present ____ Not Present ____ Custody ✓ Bail

DEFENSE COUNSEL: Seth DuCharme + Nicole Boeckmann
____ Federal Defender ____ CJA ✓ Retained

A.U.S.A: Amanda Shami CLERK: **Felix Chin**

INTERPRETER: ____ (Language) ____

Defendant arraigned on the: ___ indictment ✓ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held. ____ Defendant's first appearance.

____ Bond set at ____. Defendant ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by ____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 9/10/26 Stop 1/18/27

✓ Rule 5f warnings given to the govt. ____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

✓ ~~Status conferences~~ Trial set for 1/18/27 @ ____ before Judge Cogan

Other Rulings: Retained counsels' motion to be relieved as defense counsel is granted. CJA Winston Paes present for CJA Jeremy Schneider. ~~a~~ CJA Jeremy Schneider appointed to represent the defendant.